Clear Form

**FILED**

2009 JUL -6  A 8:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,   CASE NO. C09 03007 HRL

vs.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

Defendant.

I, __Erik Estavillo__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?        Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.
2 | ___Last employed in 1999, at Kinko's.___
3 | ___Wages per month = $700   Gross = $400___
4 | _____

5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |         a.   Business, Profession or                    Yes ____ No _X_
8 |              self employment?

9 |         b.   Income from stocks, bonds,                 Yes ____ No _X_
10 |             or royalties?

11 |        c.   Rent payments?                             Yes ____ No _X_

12 |        d.   Pensions, annuities, or                    Yes ____ No _X_
13 |             life insurance payments?

14 |        e.   Federal or State welfare payments,         Yes _X_ No ____
15 |             Social Security or other govern-
16 |             ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | ___Disability = $600    SST = $150___
20 | _____

21 | 3.   Are you married?                                  Yes ____ No _X_
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____   Net $_____
26 | 4.   a.   List amount you contribute to your spouse's support:$ _____
27 |      b.   List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1     children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.    Do you own or are you buying a home?    Yes \_\_\_\_ No **X**

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?    Yes **X** No \_\_\_\_

7 Make **Acura** Year **1998** Model **Integra**

8 Is it financed? Yes \_\_\_\_ No **X** If so, Total due: $_____

9 Monthly Payment: $_____

10   7.    Do you have a bank account? Yes **X** No \_\_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: **Bank of the West 3051 McKee Road**

12 **San Jose, CA 95127 & Bank of America Foxen Branch**

13 Present balance(s): $_____

14 Do you own any cash? Yes \_\_\_\_ No **X** Amount: $_____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)    Yes \_\_\_\_ No **X**

17 _____

18   8.    What are your monthly expenses?

19 Rent: $ **200**    Utilities: **0**

20 Food: $ **200**    Clothing: **0**

21 Charge Accounts:

22 | Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Chase Visa | $ 150 | $ 7,617 |
| Discover | $ 100 | $ 5,125 |
| Chase Visa | $ 100 | $ 2,656 |

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 **Shell Card = $1,065  Fry's Card = $250  Venue = $1600**

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____  No  _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/2/09                                    *Erik Estalla* (signature)

DATE                                      SIGNATURE OF APPLICANT