**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Erik Estavillo, | No. C09-03007 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Sony Computer Entertainment America Inc., | |
| Defendant. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 27, 2009 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **November 6, 2009 at 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 30, 2009.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: July 28, 2009               RICHARD W. WIEKING, Clerk
                                   United States District Court

                                   /s/*Patty Cromwell*
                                   By: Patty Cromwell
                                   Courtroom Deputy Clerk for
                                   Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

4  Richard James Mooney     rmooney@linerlaw.com, jfaamaligi@linerlaw.com

7  Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127