Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127
(408) 926-7224

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO, Plaintiff, | Case No. C09 – 03007 RMW |
| vs. | **REPLY IN SUPPORT OF OPPOSITION TO DISMISS** |
| SONY COMPUTER ENTERTAINMENT AMERICA, Defendant. | Date: September 18, 2009<br>Time: 9:00 a.m.<br>Crtrm: 6 |

1. **First Amendment**

First Amendment Rights, rights guaranteed to all citizens by the First Amendment to the Constitution of the United States, including freedom of religion, freedom of speech and press, freedom of assembly, and freedom to ask for governmental reform.

I believe that Sony's servers should also be considered public domain since many, many players congregate on them, upwards towards 200,000 players at any one time.

The court should be aware that any PS3 game at any time can have upwards up to 200,000 players playing on its servers; which more than enough qualifies as a company town. Such games include Killzone 2, Call of Duty 4 Modern Warfare, and Call of Duty 5 World at War.

Sony also has literally created and developed a virtual space that they call "Home". "Home" provides products to be bought, which include houses, clothes, household Items, furniture, and other amenities. And with this virtual space, there also can be as many as 100,000 players online on the "Home" servers. I've included a website that better entails "Home" and how it acts as a "Company Town". PS3's "Home" services literally have virtual spaces such as a Mall where you can purchase products, and a town-like lobby where you can meet people and talk. It also has a movie theater, bowling alley, and a virtual home/house space for every player on PS3's free PlayStation Network Service.

Moreover, there are devices, such as these printed instances of evidence, which show game makers such as Sony and Xbox encouraging trash talking. The first being an Xbox device called "Trash Talking", in which you pre-record any audio that you can find, which will belittle the other gaming party.

Secondly, games themselves, in recorded video evidence which will be shown on Sept. 18 at 9 a.m., will prove that trash talking is encouraged by the PlayStation 3. You will see in the PS3 game called "Killzone 2", that at the beginning of the video there are bad words among other obscenities spoken via the video game itself. Also in God of War, also exclusive to Sony PlayStation, recorded video evidence will show that the game is promoting implicated sex scenes.

And if this point is brought up by the defendant, let it be known that:
The U.S. Supreme Court has not yet directly addressed the potential conflict between the First Amendment and policies designed to prevent sexual harassment. However, one ruling by the Supreme Court indicates some restriction of speech to prevent sexual harassment may be permissible. In *R.A.V.* v. *City of St. Paul* (1992) the Court invalidated a city ordinance prohibiting hate speech based on race and gender. Although the focus of the *R.A.V.* case was racially motivated speech and not sexual harassment, **the Court suggested in passing that policies designed to prevent sexual harassment could be lawful if the policies are primarily directed at conduct rather than speech.**

2. **Sony's Fallible Policies**

First of all your honor, Sony has many policies which are fallible, or just erroneous to begin with. Let's start with their policy of not refunding the player for pre-paid points and/or downloaded content which becomes unusable and void once an account is banned.

There is a precedent for this in ***Bragg v. Linden Research, Inc.***, 487 F. Supp. 2d 593 (E.D.Penn. 2007), was a civil action (No. 06-4925) removed to the United States District Court for the Eastern District of Pennsylvania in October 2006.

An online virtual world service provider (Linden Lab) terminated the account of a user (Marc Bragg) when it discovered that he had found a way to acquire virtual land at a lower-than-market price. The user brought this suit, which was ultimately settled before a final decision was reached. However, the District Court did decide on two issues which may be important in future virtual world litigation: that the Second Life Terms of Service's mandatory arbitration provision was unenforceable; and that interaction with a person in a virtual world can satisfy a state's "minimum contacts" requirement for personal jurisdiction.

Also, as can be seen in a printed website from gamepolitics.com, in which all the stories shown can be proven true; Sony has obviously not had their customers' best interests in mind.

I had initially brought this suit against Sony for banning my Vincint19 account, but they have recently caused me more harm by banning my whole PS3 system. I now cannot use any account on my PlayStation system to access any downloaded content which I spent money on. And because of the system-wide ban, no one else in my household can use the downloaded content they have bought via Sony's advertised "Free PSN Network". If anything, I should at least be refunded for the whole price of this now useless PS3 that I own; in which I still have the receipt.

Another one of my main points is that the **PSN Network** is advertised on the PS3 System Console box before you buy it, stating that you can use the PlayStation Network as a free service. But as you know your honor, the FTC requires that all products provide absolute truth in their advertising, which Sony and their PS3 do not. They do not let the customer know of the harm that can be awaiting them if they get banned, such as lost funds, downloaded content, and friends via their PSN friends list. Once banned, all funds, downloaded content, and friends on a player's friends list via the console disappear; hence, become useless and void. Unlike cigarettes which do have a black label telling of their consequences, Sony's PS3 does not. They should,

just like cigarettes do, provide a warning on their PS3 box. More specifically, a warning stating that customers, if banned, can **lose money, downloaded content, and their ability to talk to friends via the PS3 console.**

3. **Fallible License Agreements by Sony**

In Sony's "Resistance: Fall of Man" Video Game, the Terms of Service, or TOS, has many flaws.

In the first clause of the TOS:

1. ACCEPTANCE OF AGREEMENT.  This Agreement can be accepted only by an adult 18 years or older. By clicking the "ACCEPT" button, you affirm that you are an adult 18 years or older and you are accepting this Agreement on your own behalf or on behalf of your minor child (under 18).

This clause is flawed because I personally know of two 13-14 year olds who play the game, often without their parent's permission. They can be subpoenaed if necessary. The first child uses the gamer name "Athena_13" and is the daughter of a man who also plays the game; and his gamer name is "djw74". The second gamer uses the gamer name "Angel_kk" and is also under age.

This alone should make the TOS unenforceable; since it can never be proven that a parent accepted the agreement on a child's behalf since a child themselves can simply press the "Agree" button.

Also, given this clause, "The Entertainment Software Rating Board" should have jurisdiction enough to claim this game's TOS unbinding because the ESRB states in its official pamphlet that games with a "Mature 17+" rating are games that, "have content that may be suitable for persons 17 years and older and Titles in this category may contain violence, blood and gore, **SEXUAL CONTENT**, and/or **STRONG LANGUAGE**."

Lastly, in Sony's PlayStation 3 End-User License Agreement, or EULA, in clause 7, it states that:

**TERMINATION**

"If SCE determines that you have violated the terms of this Agreement, SCE may take all actions to protect its interests, including denial of any services such as **WARRANTY SERVICES AND REPAIR SERVICES** provided for your PS3™ system and termination of your access to PlayStation®Network, implementation of upgrades or

devices intended to discontinue unauthorized use, or reliance on any other remedial efforts as reasonably necessary to prevent the use of a modified PS3™ system, or any pirated material or equipment. SCE and its licensors reserve the right to bring legal action in the event of a violation of this Agreement. SCE reserves the right to participate in any government or private legal action or investigation relating to your conduct."

This part of Sony's EULA should be non-binding since the buyer and retailer already agree to a warranty and repair service. The retailer usually never lets the buyer know of the EULA clause that states that the PlayStation 3 system they are buying may have its warranty and repair service voided through an arbitrary decision on the part of Sony Computer Entertainment America. There are laws against such practices, which should pertain to "caveat venditor" or "Let the seller beware."

Laws or Organizations that should look into Sony's EULA and void it:

Magnuson-Moss Warranty Act – (full detail explanation of warranty before purchase)

Consumer Product Safety Commission – (quantify the harm banning may produce)

Federal Trade Commission – (force Sony to advertise the good and bad on the PS3 box)

Uniform Commercial Code – (make sure Sony's PS3 complies with the UCC)

Amazon.com: Xbox 360 Trash Talk: Video Games Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 6 of 31 Page 1 of 7

Hello. Sign in to get personalized recommendations. New customer? Start here. FREE 2-Day Shipping on college essentials Sponsored by Canon Printers

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards Your Account | Help

Shop All Departments Search Video Games Cart Wish List

Video Games PlayStation 3 PlayStation 2 Nintendo Wii Xbox 360 Nintendo DS PlayStation Portable Game Downloads PC & Mac Trade-In

See larger image and other views (with zoom)

Share your own customer images

# Xbox 360 Trash Talk

Other products by Datel

**Platform:** Xbox 360

(2 customer reviews)

List Price: ~~$19.99~~

Price: $19.49 & eligible for **FREE Super Saver Shipping** on orders over $25. Details

You Save: $0.50 (3%)

2 new from $19.49

In Stock.

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Wednesday, September 9?** Order it in the next 4 hours and 7 minutes, and choose **One-Day Shipping** at checkout. Details

**Quantity:** 1

or

Sign in to turn on 1-Click ordering.

or

Add to Cart with

**Amazon Prime Free Trial required. Sign up when you check out.** Learn More

**More Buying Choices**

2 new from $19.49

Have one to sell?

Share with Friends

## Frequently Bought Together

Customers buy this item with Xbox 360 Over Ear Headset by Plantronics

**Price For Both: $32.48**

Show availability and shipping details

## Special Offers and Product Promotions

**Learn More About Xbox LIVE**

- Find out all Xbox LIVE has to offer via an interactive demo featuring the voice talents of Chris Cashman, host c LIVE's *1 vs 100*. Check out the demo here

## Customers Who Bought This Item Also Bought

Page 1 of 13

Back

http://www.amazon.com/Xbox-360-Trash-Talk/dp/B0018QLFKY 9/8/2009





SEARCH BLOG ARCHIVE Year Month - None - 05/06 ARCHIVE

x
x
x

# GoW's Jaffe Rips Used Game Sales & Apparently Goes Offline

Outspoken *God of War* designer David Jaffe posted a video rant against used game sales on Saturday, but apparently removed it from YouTube the following day.

We caught up to Jaffe's video yesterday morning while scanning our daily RSS intake (left). By late afternoon when we checked back to gather some quotes for this article, it was gone. In its place was a YouTube message reading, "*This video has been removed by the user.*"

A short time later, when we looked again, we couldn't even access his blog. A system message from Blogger read: "*This blog is open to invited readers only.*"

It's unclear why Jaffe's video was taken offline or why he locked his blog. While Jaffe's video argument against used game sales was punctuated by occasional f-bombs, that's not unusual for his freewheeling commentaries. Prior to being locked, readers of Jaffe's blog were engaged in a lively response to his video, both pro and con.

The used game issue is a passionate one indeed, and Jaffe has addressed it previously on his blog. For his part, Jaffe takes the standard industry line that games are bad for developers and publishers. In the deleted video, he said (we're paraphrasing from memory here) that he didn't begrudge consumers the right to buy used games, but that game creators deserved a cut of used game sales. He said that some have defended used game sales by comparing buying a used game to buying a used car. However, Jaffe said that was a bad analogy because while playing a used game is the same experience as playing a new game, driving a used car is a different experience from driving a new one.

**GP:** Hmmm... We tried to reach Jaffe via Twitter to ask him about the missing video, but it appears that his Twitter account is no longer active. We hope that Jaffe has not decided to stop interacting with gamers. While we don't always agree with his rants, they are provocative and entertaining.

SHARE

# Sony Gave Fake Name to FCC to Keep PS3 Slim Filing Secret

PlayStation 3 manufacturer Sony gamed the product registration system of the Federal Communications Commission, according to PS3 News.

Yesterday, of course, Sony announced that it was dropping the price of the PlayStation 3 to $299 and introducing a slimmed-down, 120GB version on September 1st. Digging through FCC records, PS3 News discovered filings for a 200GB PS3 registered to Sand Dollar Enterprises of San Mateo, California:

> *Now, Sand Dollar Enterprise, Inc is represented by SCEA's General Council, Riley Russell.*
>
> *This house is actually a private residence, but whomever lives here filed the documents with the FCC, most likely on the behalf of Sony, as they would be much harder to find with a different FCC ID (XCE) than that of Sony (AK8).*
>
> *This means that some time in the future (for probably a premium, maybe $349 or so), a new PS3 Slim*

amazon.com
10% off

A PUBLICATION OF THE ECA

SUBSCRIBE

LOGIN / REGISTER

I'm a Member

BE HEARD
CONTACT YOUR

REGISTER
TO VOTE
HERE!

GamePolitics ShoutBox

**ZippyDSMlee**: Dragoon1376:Well with reglutions on how people may live you can not have masses of poor and squaller, if you have no reglutions on how people can live they can get by somehow without being "helped" is that any clearer?

**DarkSaber**: I prefer "Build a man a fire and he's warm for the night. Set a man on fire and he's warm for the rest of his life."

**Dragoon1376**: Zippy: You're going to have to clarify a bit.

**ZippyDSMlee**: Dragoon1376: yes but then you get arguments n whos land and fish they are....

*may come out featuring a 250GB HDD. There is not much of a difference, but expect it to be bundled with a game or so, right in time for Christmas!*

Posted in PlayStation 3, Sony, Technology
SHARE

## In Lawsuit, Banned Resistance Player Alleges that Sony Violated Free Speech and Stole His Money

July 21, 2009

A PlayStation 3 gamer has filed suit in U.S. District Court in California, alleging that SCEA suppressed his free speech rights and caused him pain and suffering by banning his account on the PlayStation Network.

In a complaint filed on July 6th, Erik Estavillo of San Jose writes that he his disabled by a variety of disorders; among these are agoraphobia, a fear of crowds:

> *The pain and suffering was caused by the defendant, Sony, banning the plaintiff's account on the PlayStation 3 Network, in which the plaintiff relies on to socialize with other people, since it's the only way the plaintiff can truly socialize since he also suffers from Agoraphobia...*

Estavillo's issues with SCEA apparently stem from his play of the PS3 hit *Resistance: Fall of Man*:

> *The ban is supposedly due to the behavior of the plaintiff when he plays the video game "Resistance: Fall of Man," which Sony owns and employs moderators for its online play. These moderators kick and ban players that they feel are deserving; though their biases to a player seem to be what determines the kick or ban...*
>
> *The plaintiff was exercising his First Amendment Rights to Freedom of Speech in the game's public forum when he was banned from, not only [Resistance], but also banned from playing all other games online via the PlayStation Network...*

Estavillo also claims that the PSN ban amounts to a theft of his pre-paid points:

> *The plaintiff...cannot access [his] money when a moderator from Resistance and Sony gives a player a arbitrary wide-range ban... which in essence, is stealing money from the player...*

Estavillo also argues that the EULA for online play of Resistance is ineffective in blocking players under the game's recommended age of 17, although it's unclear how this fits into his claim.

In his request to the court, Estavillo, who appears to be unrepresented, asks that SCEA be enjoined from banning players. He also seeks $55,000 in punitive damages.

To date, SCEA has not filed a response with the Court. **GamePolitics** has requested comment on the lawsuit from SCEA.

**DOCUMENT DUMP:** Grab a copy of Estavillo vs. SCEA here...

Posted in California, Court Cases, Document Dump, Free Speech, Games & the Law, Online Issues, PlayStation 3, Sony
SHARE 106 comments

## PlayStation 3 Popular in Middle East, But Don't Expect Arabic Content

July 21, 2009

The PlayStation 3 may be struggling in major consumer markets, but Middle Eastern gamers apparently love Sony's Blu-Ray equipped console.

Emirates Business 24/7 reports that the Middle East enjoys the highest level of PS3 sales among developing countries. SCEE exec Jim Ryan commented:

> *The PS3... has a strong market in the Middle East. The sales have been disproportionately strong in the Middle East and Africa... and parts of Asia, especially in the May-June-July period.*
>
> *At least 20,000 to 25,000 PS3s have been sold in developing countries this year and 80 per cent of that was in the Middle East... In other emerging countries such as Iran and Africa it's entry-level machines like the PS2 which... are moving fast.*
>
> *The high summer temperatures, combined with the economic downturn, have encouraged [Middle Eastern] users to stay at home, which is another major driver of sales.*

Posted 09/08/09 at 01:20pm
**Dragoon1376**: I'm not religious but I think that whole thing about teaching a man to fish definitely holds some truth.

Posted 09/08/09 at 01:20pm
**ZippyDSMlee**: You can;t have standards and not care of the people , either you repeal housing/living regs so you can not take care of the poor or take care of the poor and run them off and seize their porerty when you can.

Posted 09/08/09 at 01:20pm
**Icehawk**: There is also the idea that the road to hell is paved with good intentions. (not really bibical)

Posted 09/08/09 at 01:19pm
**Icehawk**: Even the precious christian bible chimed in on that idea. There will be poor always this cannot be changed.

Posted 09/08/09 at 01:18pm
**DarkSaber**: I can only imagine what a drain on the system looking after Jedidethfreak must be.

Posted 09/08/09 at 01:18pm
**Dragoon1376**: Actually, a lot of it was that the government was experimenting with the economy under FDR. Instead of letting the private sector cautiously start hiring, FDR made them the enemy and taxed any ventures being undertaken. Then taxed them for not spending

Posted 09/08/09 at 01:16pm
**ZippyDSMlee**: Dragoon1376: Not to mention taking care of the poor was costly :P

Posted 09/08/09 at 01:15pm
**Dragoon1376**: And the 1930s proved that prolonged government intervention in the private sector retarded the recovery from the stock market crash until WW II.

Posted 09/08/09 at 01:13pm
**ZippyDSMlee**: Icehawk: Well look at what happened in the 20s that is real America ....

Posted 09/08/09 at 01:12pm
**Icehawk**: Never underestimate the power of greed or human stupidity and may the gods help us when they overlap

Posted 09/08/09 at 01:11pm
**ZippyDSMlee**: We can not in this day and age go back to pre 30's America without culling 40% of the US and putting them away in shanty towns/death camps ...to think people want to go there is quite amusing...

Posted 09/08/09 at 01:09pm
**Icehawk**: Give me back my America? Being that the US is a young country on the world scheme yet has a vast history of violence and greed seems akin to asking for a return to my Crusades. Times change and the world has to change with it.

Posted 09/08/09 at 01:09pm
**Ormick**: throughout this whole time, you have not offered any evidence. You are only making ayourself out to be a twat. Stop now.

Posted 09/08/09 at 01:08pm
**Ormick**: Austin: You are just as guilty as I am. What evidence do you have that obaba is "using our kids to push his bullshit", besides t

Posted 09/08/09 at 01:07pm
**ZippyDSMlee**: AL: we are already a populist socialistic country, all that's left if for the low end to be taken better care of and we will have finally joined the world as begin normal...

Posted 09/08/09 at 01:0?pm
**Valdearg**: DS is right, AL. Obama is FARR from socialist, or even liberal by world

Despite the PS3's relative success, gamers in the Middle Eastern market shouldn't expect much in the way of culturally familiar games on the system, Ryan said:

> *Without too much of Arabic content in games, sales figures are positive. Unless gaming companies see big returns from the localisation or Arabisation of content there will be no investment made on that front.*

Emirates Business 24/7 reports that the total Middle Eastern gaming market for systems and software is $750,000 million, with at least a third of that amount controlled by Sony.

SHARE

## Developers Fear Australian Ban Over God of War III Violence

GOD OF WAR

Developers of Sony's upcoming *God of War III* are concerned that the game's graphic violence may prompt a ban on sales of the game in the Australian market, reports Digital Life.

Australian censors have historically been tough on games featuring extreme violence. That's largely due to the lack of an R18+ rating Down Under. With Australia's highest rating currently at MA15+, any game not suitable for a 15-year-old is refused classification.

*GoW III* art director Sean Cunningham commented on the design team's worries over the game's Australian rating:

> *There is (concern). We try to push the boundaries a little bit. (But) we've had meetings and discussions and internally we all have a good gauge on what's 'too far'.*
>
> *You throw something past [content rating boards] and they might say 'Absolutely not! You could not do that!' and we're all like: 'Aww, c'mon, that was a great idea!' There have been a couple of those...*
>
> *Also visually, everyone's really excited. The disembowelment of the centaur, ripping Helios's head off, the reaction from the floor has been amazing. Everybody in the studio is very happy....*

*God of War III* is due in 2010. As the first *GoW* game to appear on the PlayStation 3, the visual quality of its violent scenes will certainly be more intense than those found in the franchise's PS2 games.

**Via:** Kotaku

**Thanks to:** Australian **GamePolitics** reader *Ryan* for the tip!

SHARE

## Pachter Backs Off PSP Go "Rip Off" Comments... We Don't

Wedbush-Morgan analyst Michael Pachter has publicly apologized for saying that Sony was "*ripping off the consumer*" by setting a $249 price point on the PSP Go. The eminently quotable Pachter made the damning comment about the new handheld last week during an E3 segment of Bonus Round.

Apparently thinking better of his words in the interim, Pachter penned an apology yesterday as he debuted a new monthly column for IndustryGamers:

> *I sincerely regret the choice of words... where I said that Sony is "ripping off" the consumer by pricing the PSP Go at $249.99. I made a poor choice of words, and I do NOT think that Sony is doing anything nefarious in choosing their pricing strategy.*
>
> *The company has the right to price its products at a point that they think is competitive, and has no obligation to sell products at lower than a competitive price. They have been subsidizing purchases of the PS3 since launch, to the tune of 22 million sold at a loss of $100 or more apiece (on average), so if they are able to make a profit on the PSP Go, more power to them. They are pricing at a point that positions the PSP Go competitively with the iPod Touch, and the PSP Go arguably has much more value than the Apple product. Notwithstanding my view that the price point is too high to generate more than a few million units sold, I really think my comment was unfair, and would appreciate your allowing me to clear the air...*

**GP:** Pachter is a straight shooter and, apology notwithstanding, I believe he was speaking from the heart when he made his original comment. It's not too much of a stretch to imagine that there were a few angry phone calls from Sony HQ to Pachter between the airing of the "rip off" remark and yesterday's *mea culpa*.

standards. Just because Socialism is the "hot word" of today doesn't make it true.

JOIN THE ECA's
AFFILIATE PROGRAM.
START EARNING $$$ WITH YOUR WEBSITE TODAY.
JOIN THE ECA AFFILIATE PROGRAM TODAY AT WWW.THEECA.COM/AFFILIATES

So Many Video Games.
So Little Time.
Now Available
Enter Game Name

But the fact is, Pachter got it right. Why does the PSP Go, which does away with the UMD drive assembly, cost $80 more than the current PSP-3000? There's no good reason, and gamers knew that even before Pachter spoke out. From the moment it was announced at E3, the PSP Go's $249 price point went over like the proverbial lead balloon.

Nor do I think much of the PS3 justification floated by Pachter in his retraction. Sony is losing money on the PS3, certainly, but that's no excuse to try to make a few million back by skinning consumers with the PSP Go. Personally, I love my PS3. But if Sony overdid the hardware, over-estimated their market and totally screwed up the worldwide launch, that's on them.

SHARE

## Pachter: $249 PSP Go Rips Off Consumers... We Must Agree

For an industry that's supposed to be all about fun, the video game biz is tightly managed from a P.R. standpoint. Not too many people speak their mind publicly or wander too far off message.

That's why we enjoy Mike Pachter, who tracks the industry for Wedbush-Morgan. The guy may not always be right, but he always says what he thinks.

And when Pachter says the $249 PSP Go announced at E3 is *"ripping off the consumer,"* we must agree. The analyst, who was otherwise complimentary toward Sony's E3 presentation, slammed PSP Go pricing to host Geoff Keighley on an E3 edition of Bonus Round:

> *$249 is too much. Period... The [current] $169 PSP-3000 is a profitable device - the disc assembly, for a UMD, costs more than 16 gigs of flash does. So this new device doesn't cost them as much to make as the PSP-3000 and they jack the price up $80...*
>
> *I'm sorry to say it. I don't want to get bad fan mail from the Sony fanboys, but... They're ripping off the consumer until they sell a couple million and if consumers don't buy it then the price is going to come down... they're making a lot more money on the PSP Go than the PSP-3000. And the PSP Go helps them because there's no piracy...*

Maybe I like Pachter because his take on the PSP Go echoes my own. Here's what I tweeted about the system during Sony's E3 press conference last week:

> *Kaz [Hirai] is holding up PSP Go, but sez PSP 3000 won't go away...*
>
> *Kaz PSP Go $249... Too much. Sense Me feature will match ur PSP music to ur mood. Um, thank you, no...*
>
> *[Jack] Tretton: Resident Evil Portable. Let's hope that's a working title. LBP for PSP looks sweet. Crowd not really into PSP news, tho.*

**Via:** Joystiq

SHARE

## Spotted at E3: SEGA License Plate

This black Acura with California plate **SEGA** was spotted outside the Shrine Auditorium in L.A. on Tuesday prior to Sony's E3 press event.

I've no idea who was driving or whether it is a corporate or personal ride. I can say that there was a person behind the wheel, not a hedgehog...

SHARE

## On Eve of E3, Hindus Call For Worldwide Sony Boycott

Angered by Sony's failure to recall a PlayStation 2 game which they find offensive, a group of Hindu leaders have called for a worldwide boycott on Sony products. The move comes on the eve of Sony's E3 press conference here in Los Angeles on Tuesday.

As **GamePolitics** has reported in recent weeks, Rajan Zed (left), a Hindu leader who lives in the United States, is spearheading the protest against *Hanuman: Boy Warrior*. In addition to Zed, today's announcement identifies seven other Hindu leaders from Australia, India and the U.S. Zed and the others believe *Hanuman* is an affront to the Hindu faith and they recently threatened to call for a boycott if Sony did not pull the game from the market. Today's announcement signals that Sony has not given in to their demands.

A press release issued earlier today announced the boycott, citing what the group calls the *"stiff-necked attitude of Sony officials"*:

> *Vexed by stiff-necked attitude of Sony officials, various Hindu groups have given worldwide boycott call against Sony PlayStation products...*
>
> *Zed, who is president of Universal Society of Hinduism, in an earlier statement, said that in a video game set-up, the player controlled the destiny of Lord Hanuman while in reality the believers put the destinies of themselves in the hands of their deities...*
>
> *Hindu leaders communicated their displeasure to Sony and tried to resolve the issue through discussions, but callous attitude of Sony officials frustrated their efforts, leaving them with no other alternative except the boycott call.*

It is unclear what impact the call for a boycott might have. *Hanuman* is the first console game developed entirely by an Indian firm.

SHARE

## Global Hindu Boycott of Sony? PlayStation Maker Given 7 Days to Respond to Game Protest

For the past several weeks some Hindu leaders have been urging Sony to withdraw *Hanuman: Boy Warrior* from the market.

The recently-released PlayStation 2 game, available only in the Indian market, is also the first console title to be entirely developed by an Indian firm. Some Hindus, however, are upset by the game's depiction of Lord Hanuman, one of the religion's deities.

To date, the protest - largely waged via e-mail - has been led by Rajan Zed, the Nevada-based president of Universal Society of Hinduism. In a press release issued last evening, Zed upped the ante by raising the possibility of a worldwide Hindu boycott of Sony products. Zed has given Sony until May 21st to respond:

> *Hindus upset over Sony's "Hanuman: Boy Warrior" videogame and further frustrated by the callous handling by Sony officials, might give a boycott call of all Sony products world over... despite communication between Sony officials and Hindu leaders, the issue had not been resolved yet. Sony officials said that they would look into it and be back with the Hindu leaders, but they were yet to hear back from Sony...*
>
> *If nothing was heard by Hindu leaders from Sony by May 21, then all the protesting Hindu groups and leaders would re-evaluate the protest and announce the future course, which might include calling for boycott of Sony products world over by Hindus and other likeminded people and supporters...*

**GP:** It is unclear whether Rajan Zed and the other Hindu leaders involved in the protest to date have the clout to bring a meaningful boycott about against Sony. Also unclear is how well Hanuman is selling in India. The game has received some withering reviews.

SHARE

## Sony Refuses to Pull Offensive Game, Hindu Groups Say

Hindu groups protesting the recent release of *Hanuman: Boy Warrior* for the PlayStation 2 have apparently run out of patience with Sony.

As **GamePolitics** reported last week, U.S.-based Hindu leader Rajan Zed said that Sony was looking into claims that the game, released only in India, is offensive to Hindus.

However a press release issued by Zed earlier this week seems to indicate that Sony will not intervene in *Hanuman's* distribution. Bhavna Shinde of Forum for Hindu Awakening (also based in the United States) is quoted in the release:

> *So now we are left with no other alternative except to intensify our protests. Lord Hanuman is a highly revered Deity for us Hindus and we cannot accept any more denigration of Him...*
>
> *We are shocked at the stubbornness of Sony Corporation not to withdraw the PlayStation2 game 'Hanuman: Boy Warrior' despite our repeated requests. Sony Corporation is held in high esteem the world over with high ethical principles. We were expecting that Sony would not hurt the feelings of the one billion strong Hindu population for a minor product like this game.*

Although *Hanuman* is the first console game developed completely in India, it has received very poor reviews from Indian gaming sites.

SHARE

## Report: Sony Agrees to Look Into Hindu Complaints About PS2 Game

The U.S.-based Hindu leader who initiated what has turned into a multinational Hindu protest against a PlayStation 2 game sold in India claims that Sony has agreed to look into the issue.

As **GamePolitics** reported last week, Rajan Zed (left) criticized *Hanuman: Boy Warrior* for trivializing the Hindu faith. The game was developed by an Indian firm, Aurona Technologies Limited.

In a press release issued earlier today Zed writes:

> *Replying to the communiqué of Bhavna Shinde of Forum for Hindu Awakening, Keita Sanekata of Sony Electronics Inc wrote, "We will review this issue, and get back to you as soon as possible."*
>
> *Advancing the protest spearheaded by acclaimed Hindu statesman Rajan Zed, Shinde earlier wrote Sanekata to "look into withdrawing this game and publishing an apology, so as to prevent further denigration of our Deity Sree Hanuman and intensifying of our protests..."*

Zed is president of Universal Society of Hinduism, a group which also apparently protested the 2008 Mike Meyer film *The Love Guru*.

SHARE

## Judge Zings Sony's Lawyers Over $150K Payment to Inventor

PlayStation

Yesterday **GamePolitics** broke the news that a New Jersey inventor has sued Sony, PDP/Electro Source and several of the firms' attorneys, alleging that he was hoodwinked in a complex patent litigation deal.

One of the central issues in the case is a $150,000 payment made by PDP/Electrosource to the Plaintiff, Craig Thorner. While PDP/Electrosource negotiated the deal with Thorner, who had no attorney, Sony actually funneled the money to PDP. It's complicated, but both companies appear to have believed that acquiring an option on force feedback controller patents developed by Thorner would gain them an advantage in high stakes patent litigation involving Immersion, Corp. It certainly didn't help Sony, which suffered an $82 million judgment in the case.

If the deal sounds a little shady to you, U.S. District Court Judge Claudia Wilken, who presided over *Immersion vs. Sony*, apparently thought so, too. **GamePolitics** has obtained a partial transcript of a November, 2005 hearing in which she sharply questions Sony attorneys about the $150,000 payment to Thorner:

**Judge:** ...What money of Electrosource's went from Electrosource to Mr. Thorner in consideration for that license agreement?

**Sony Attorney #1:** ...if you're asking what money Electrosource paid above and beyond the amount that Sony paid...

**Judge:** ...$150,000 moved to... Mr. Thorner. That $150,000 was from Sony. That was Sony's money, correct?

**Sony Attorney #1:** ...I don't want to split hairs... Sony paid $150,000 to Electrosource. And in exchange Sony became a third-party beneficiary under the Electrosource/Thorner license...

**Judge:** Wait. Wait. Help me out a little bit here... $150,000 moves from Sony through Electrosource formally... to Mr. Thorner?

**Sony Attorney #1:** ...[Sony] felt it was highly beneficial to have Electrosource negotiate with Mr. Thorner because if Mr. Thorner was speaking to Sony directly, perhaps he would ask for a much, much higher number, which was the belief...

**Judge:** And Sony's incapable of saying no?

**Sony Attorney #1:**...As far as that transaction goes, it's an absolutely legitimate transaction for Sony. They would have - if they got sued, they would have paid 50 times more in legal fees alone...

**Judge:** So in this deal, Electrosource parts with none of its own money... and it gets this license agreement on very favorable terms... and Sony chooses to use this very oblique route to get this option on a license because Sony's afraid that Mr. Thorner's going to stick them up for a whole bunch more money?...

**Sony Attorney #2:** Your honor, this is like a huge win for lawyers to get for Sony this kind of option at this price. It's ridiculous.

**Judge:** Why didn't they write it down in a clear way... Look, this is a huge corporation supposedly getting something important to it, going through this strange process through arguably incompetent lawyers... They set themselves up for a fight... they set themselves up for litigation... and Mr. Thorner is going to make Sony in that fight pay a heck of a lot more than $150,000 to win... It's Sony's position that Mr. Thorner had no idea where the money was coming from?

**Sony Attorney #2:** Absolutely...

**Judge:** So the idea was to trick Mr. Thorner into a [patent licensing] commitment to Sony that Mr. Thorner sort of didn't know about or didn't fully grasp....

**Sony Attorney #2:** ....So this is one of the cheapest insurance policies - I'm doing this over 40 years - that I've ever seen gotten for a client...

**GP:** As Law.com reports, five months after this hearing Judge Wilkins would rule against Sony's motion to set aside Immersion's huge win. Her assessment that sleazy business was afoot is unmistakeable:

> *[Judge Wilkins ruled that]Thorner was an unreliable witness and that there was strong evidence -- supported by testimony and internal Sony documents -- that Sony paid $150,000 for Thorner's testimony.*

Posted in Court Cases, Questionable, Sony, Technology

SHARE

# N.J. Inventor Accuses Sony & Lawyers of Stealing His Controller Feedback Idea, Tricking Him Out of $$$

A New Jersey man filed a federal lawsuit this week against SCEA, SCEI and a number of individual attorneys. The suit, filed by Craig Thorner and his company, Virtual Reality Feedback, makes some very ugly allegations.

**GamePolitics** has obtained a copy of Thorner's complaint in which the inventor charges that SCEA, SCEI, PDP/Electro Source and several attorneys colluded to infringe on his controller feedback patents. In a 43-page complaint, Thorner spins a tale of high stakes corporate conniving and reveals a surprising degree of naivete on his part.

As alleged by Thorner, his misadventures with Sony began in 2002 during the famous *Immersion vs. Sony* patent trial. That case revolved around force feedback controller patents; Sony eventually wound up on the wrong end of an $82 million judgment. Thorner claims that during the *Immersion vs. Sony* case he was approached first by Sony and then by Immersion. Acting without an attorney, he eventually licensed his patents to Immersion.

After winning the $82M against Sony, Immersion went after PDP/Electro Source with the same type of force feedback patent infringement claim. At this point, Thorner alleges, Sony was appealing the judgment against itself and PDP faced Immersion's new complaint. The two companies entered into "a joint defense agreement."

Ultimately, Thorner blew off his deal with Immersion and licensed his patents to PDP for $150,000. It's unclear whether Sony and PDP were really interested in Thorner's tech, or whether he was merely a pawn in their legal defense against Immersion. In either case, Thorner alleges that Sony's partnership with PDP was hidden from him in order to keep him from demanding a sweeter deal. Once again, Thorner acted without the benefit of legal advice:

> *Thorner was uncertain about the fairness of the PDP/Electro Source proposal, but could not afford to discuss his concerns with an attorney... Thorner replied to [PDP's attorney]... stating that he would accept PDP/Electro Source's terms if [PDP's attorney] agreed to assist Thorner with any differences he might have with Immersion and with a trademark cancellation proceeding.*

Thorner alleges that, in an effort to conceal its involvement in the deal, SCEA surreptitiously wired PDP the $150,000 payment to pass along to him. A copy of the wire transfer placed into evidence appears to back up Thorner's version.

Posted in [illegible] Legal Issues, Document Drama, Sony, Technology
SHARE [illegible] comments Read more

## Hindu Protest Widens Against India's First PS2 Game

[illegible]

An American Hindu leader's protest against India's first homegrown console game appears to be gaining momentum.

As **GamePolitics** reported last week, U.S.-based Hindu spokesman Rajan Zed criticized Aurona Technologies' *Hanuman: Boy Warrior* for supposedly trivializing the Hindu deity.

Zed's protest against the critically-slammed PS2 title has gained support among Australian Hindus, according to a press release issued by Vamsi Krishna of Australia:

> *[The game is] very disrespectful, disgraceful and an insult to all those devotees of Lord Hanuman and followers of Hindu dharma.*
>
> *[Sony should] remove this video game with immediate effect from the market before this causes further unrest in the Hindu community worldwide and issue an apology to all those who have been hurt by this insensitiveness.*

Meanwhile, Indian site TopNews reports comments by SCEE spokesperson Atindriya Bose who said that Sony has not yet worked out its response to the protests:

> *Hindus in Australia and USA have started this movement and posted their requests on the web. Till this time, there has been no direct communication with the said groups and we haven't received any intimation from them officially.*
>
> *Since we are not aware of [the protesters'] exact point of objection, we are in no position to comment on our plan of action. However, we are keeping a tab of the situation and hope to resolve it soon.*

Posted in [illegible] India, PlayStation 2, Protest, Sony
SHARE [illegible] comments

## Zeebo Destined to Fail in India, Says Blogger

[illegible]

The Zeebo, an online distribution console system designed as a low-cost gaming option for overseas markets, is a dead man walking when it comes to India, according to GamingIndians:

> *While the Zeebo claims to be competitively priced... [it is] not competitive, but it's fairly expensive for what the console offers... Compare it to India's largest selling and still very popular console, the PlayStation 2, which is priced at Rs 6,490 ($125), and it's easy to see that the Zeebo won't be making much of a dent in the Indian market, which is heavily influenced by prices.*
>
> *[Another] advantage with PS2 games is that once you purchase a game, it's yours for life, whereas on the Zeebo it's only yours while it's stored on your Zeebo's 1GB flash memory. If you delete it to make room for something else, you'll have to buy it again to get it back...*
>
> *Digital distribution... just doesn't work here. In India, buyers are most comfortable exchanging cash over a store counter. Online shopping has failed to pick up in India, and even the well-educated are wary of buying products and content over the big bad internet...*

**UPDATE:** xoltlabs **writes that Sony's just-announced PS2 price cut is to a certain extent a pre-emptive strike against Zeebo.**

SHARE

# Report: Sony Stops PS3 Shipments to South Korea

In what could be viewed as a real-world version of a business tycoon game, the video game foreign trade wars appear to be heating up.

Earlier this month came word that Nintendo was jacking up the price of the Wii in the U.K. due to the weakness of the British pound vis-a-vis the yen.

Last week **GamePolitics** cited a report that China was using protectionist tactics by blocking entry of the *Wrath of the Lich King* expansion for *World of Warcraft* in order to promote home-grown MMORPGs.

Now, via Kotaku, comes word that Sony has stopped shipping PlayStation 3s to South Korea.

Thanks to the depreciation of South Korea's won versus the stronger yen, it seems that Japanese tourists have been picking up PS3s on the cheap and toting them home from Korean trips. A Sony employee told Chosun Online:

> *We are troubled by 'reverse-importing', which is when products exported into South Korea are flown back into Japan," said a Sony employee.*

SHARE

# How Far Removed From Schools Should Violent Game Ads Be?

Sony's decision to voluntarily remove Killzone 2 ads from Toronto bus shelters last week prompted Cnet's Don Reisinger to ask an interesting question: How far should violent game ads be kept from schools?

The ads came down after an elementary school teacher complained that they might be frightening to children. In addition to pulling the ads, Sony said that it would work to establish an ad-free radius around schools for future campaigns. Reisinger writes that the PlayStation 3 manufacturer made the right call:

> *Moving ads away from schools is probably a smart decision on the part of Sony and every other video game developer that doesn't want to upset an entire community. School officials have a point when they complain about violent video game ads around kids who aren't even old enough to buy them...*
>
> *But if Sony will start creating an advertising barrier around schools, how far away should it be? Some might say that one mile is far enough, since most kids will be on the bus by then. Others might say the advertisements can be placed within a few hundred yards from a school...*
>
> *While I applaud Sony for taking the ads down... I wonder how it plans to implement its advertising-free zones, since a standard distance probably won't work around every school.... In trying to do good, I wonder if Sony has hindered its ability to effectively advertise.*

SHARE

# Cops: Suspected Pedophile Targeted 11-year-old Via PlayStation 3

A 24-year-old Kentucky man is under arrest, charged with persuading an 11-year-old Texas girl to send nude photos of herself through her PlayStation 3.

As reported by Houston's ABC-13, police allege that Anthony Scott O'Shea's manipulation of his victim was managed entirely via the console. Sgt Gary Spurger told ABC-13:

> *He used the PS3 for everything, checked his email, played on the internet, on his PS3 and of course, played his games on PS3, but had no computer...*
>
> *[O'Shea] asked for pictures of her breasts. She said no. He said friends do things for each other. You're on my friends list. If you don't, I'm gonna remove you, at which point she feels nervous and scared and sent the pictures.*

Police say that Shea mailed the girl's pictures to others around the country. The suspect's bail is set at $300,000.

For its part, Sony provided investigators with technical assistance in the case.

SHARE

## Suburb Joins Toronto in Removing Killzone 2 Ads From Bus Shelters

As **GamePolitics** reported earlier this week, Sony pulled ads for PlayStation 3 shooter *Killzone 2* from bus kiosks in Toronto after an elementary school teacher complained that they might frighten children.

An adjoining regional transit company has now followed suit. As reported by YorkRegion.com, York Region Transit has taken down the Killzone 2 (left) from its bus shelters.

Although YRT received a complaint from the parent of a three-year-old boy, the agency opted not to act until it learned that Sony was voluntarily removing the ads in nearby Toronto.

The parent, John Rennie, reported that the ad upset his son:

> *Pulling into the parking lot, his son began cry, saying he saw a monster and didn't want to go to school...*
>
> *"He really thought what he saw [on the poster] was going to be inside the [school] complex..."*
>
> *Mr. Rennie was not only upset the poster evoked such an emotional reaction from his young son, but that the violent advertisement for the mature-rated game was placed at a site frequented by youth.*

YRT General Manager Don Gordon said that political ads as well as those for alcohol and tobacco products are banned from its bus shelters. A contractual clause also gives the agency the right to remove any ad judged to be in bad taste:

> *This has happened on a few other occasions. The one that comes to mind was a lingerie ad that was too revealing.*

In pulling the Toronto ads, Sony said that it would look into the creation of an ad-free radius near schools, a spokesman said.

SHARE

« Previous entries          Return to Top

**Games-related Events**

**Free Speech Resources**

**Games About Politics**

**Gamers Doing Good**

**Video Game Industry**

**Watchdog Organizations**

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 17 of 31

# PlayStation Home

From Wikipedia, the free encyclopedia
(Redirected from Ps3 home)

**PlayStation Home** (also marketed and referred to as **Home**) is a community-based service developed by Sony Computer Entertainment's London and Cambridge studios for the PlayStation 3 on the PlayStation Network (PSN). It is available directly from the PlayStation 3 XrossMediaBar. Membership is free, and only requires a PSN account. Home has been in development since early 2005 and started an open public beta test on December 11, 2008.

Home allows users to create a custom avatar, which can be made to suit the user's liking. Users can decorate their avatar's personal apartment ("HomeSpace") with default, bought, or won items. Users can travel throughout the Home world (except cross region) which is constantly updated by Sony and partners. Each part of the world is known as a space. Public spaces can just be for display, fun, or for meeting people. Home features many mini-games which can be single player or multiplayer. Users can shop for new items to express themselves more through their avatars or HomeSpace. Home features video screens in many places for advertising, but the main video content is shown at the theatre for entertainment. Home plays host to a variety of special events which range from prize-giving events to entertaining events. Users can also use Home to connect with friends and customise content.

**PlayStation Home**

PlayStation. Home

| | |
|---|---|
| **Developer** | SCE London Studio<br>SCE Studio Cambridge[1] |
| **Type** | Online community service<br>Virtual world[2] |
| **Updated** | August 20, 2009 |
| **Version** | 1.23.5[3] |
| **Launched** | December 11, 2008 (Open Beta) |
| **Platform** | PlayStation 3 |
| **Members** | 7.5 million (as of August 2009) |
| **Website** | Asian website<br>European website<br>Japanese website<br>North American website |

## Contents

- 1 History
- 2 Operation
  - 2.1 User Interface
  - 2.2 Communication
  - 2.3 Virtual economy
- 3 Avatar and Personal Spaces
  - 3.1 Avatar
  - 3.2 Personal Spaces
    - 3.2.1 Clubs
    - 3.2.2 Stage Sets from Loot
- 4 Public Spaces
  - 4.1 Core Spaces

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 18 of 31

- 4.1.1 PlayStation Events Space
- 4.2 Game Spaces
- 4.3 Game Developer Spaces
- 4.4 Non-gaming Company Spaces
- 5 Game Launching
- 6 User-generated content
- 7 Xi
- 8 Events
- 9 Security
- 10 Updates
- 11 See also
- 12 References
- 13 External links

# History

The first "Central Plaza" was inside and enclosed from other spaces.

PlayStation Home (or Home[4]), originally named 'Hub',[5] started as a 2D online lobby for the PlayStation 2 game, *The Getaway: Black Monday*. However, the online userbase for the PlayStation 2 was too small and the project was never completed before the release of the PlayStation 3, at which point the developers began porting code to the new platform. Phil Harrison, then president of Sony Computer Entertainment Worldwide Studios, liked the idea of having a virtual 3D community hub for PlayStation gamers, and transferred the project to become PlayStation Home.[6] In a 2007 keynote speech, Phil Harrison used the term "Game 3.0" to describe the service.[7]

An online-based service had been the subject of speculation since the launch of the PlayStation Network. Sony had expressed interest in such a service, specifically trophies (known at the time as "entitlements") for first-party titles.[8] PlayStation Home, as a feature, was first publicly mentioned in an interview with NG-Gamer.[9] This was later detailed by Kotaku[10] and finally confirmed by NG-Gamer.[11] It was officially announced by Phil Harrison on March 7, 2007, during his keynote speech at the 2007 Game Developers Conference[12] and was originally scheduled for a global public release in October 2007.[13]

Home was delayed and expanded[14] several times before initially releasing.[15][16] Invitations to the closed beta were offered to winners of a weekly *Warhawk* online gaming event.[17] Kazuo Hirai, President and CEO of Sony Computer Entertainment, stated that "Spending more time on the development and on the Closed Beta testing reaffirms our commitment to bringing a quality service, maintaining the PlayStation tradition". In July 2008, further invitations were sent to some Home XMB theme downloaders in Japan and North America.[18][19] SCEE and SCEHK did the same, but without releasing a Home XMB theme.[20] Users who purchased more than HK$60 or SG$12 worth of content in a single transaction over the PlayStation Store from August 29 to September 12, 2008 were also invited.[21] In November 2008, SCEA invited annual Qore subscribers.[22] After major version 1.0, invitations were sent worldwide.[23][24]

The Open Beta test began on December 11, 2008, approximately 14 months later than the initial expected release date. In May 2009, Sony reported that *Home* had been downloaded by 6.5 million users, with 85% returning users.[25] In June 2009, Peter Edwards, Director of Home for SCEE, reported that the number of users exceeded 7 million and that 80% of users are male aged 18–35.[26] In August 2009, at Gamescom 2009, SCEE President Andrew House announced that Home has been downloaded by 7.5 million users globally.[27] Jack Buser, Director of Home for SCEA, stated that Home will remain in beta "indefinitely," meaning that Sony does not know yet when Home will be out of the Open Beta. He also stated that, "We quite like the name 'open beta,' so you can expect us to stay in open beta for some time."[28] In a Eurogamer interview with Peter Edwards on July 24, 2009, Eurogamer asked Edwards how long will the beta phase last for? Edwards responded, "Until we're ready to not call it a beta any more. We don't really get that fixated about it. Anyone who wants to access Home can, there are no barriers to entry, so in that respect it's not like there's anything holding users back." He continued with, "We're still developing it, we're still working on it, we're still improving it. We'll remove the beta name when we're happy that it represents something that is not final, because it'll always be evolving, but at least represents a kind of final quality. We don't have a specific target for when that will be."[29]

# Operation

Home is in third person, users walk or jog in that way. Upon entering Home, users are greeted with the "Message of the Day"'. It contains administrative information such as upcoming updates, events, and event winners. The Message of the Day is updated frequently.

## User Interface

PlayStation Home has no HUD, however, all of Home's features are available from the controller. The options are: Quick Chat, a Gestures menu, the Menu Pad, the Safe Screen, and in-game XMB. In time, users will be able to play music on their PlayStation 3 hard drive. Whether this will be private or can be heard by others will be determined by a complicated licensing issue that Sony must attempt to solve.[30]

The "Menu Pad" – accessible by pressing Start; controls the user's avatar's appearance – with the 'Wardrobe', decorations, where to travel (with the 'World Map'), settings, and other main options. The Menu Pad is shown in the user's hands when in use. It has eleven options including a Help menu for beginners. The Menu Pad features an inventory, which currently only has the "Bubble machine". With the version 1.3 patch, "Home Stuff" in the shopping complex, will have inventory items for purchase, which the user can use at any time.[31] The "Safe Screen" is used for reporting, changing communication settings, and quick access to the user's Personal Space and XMB friends list. This is accessed with the Select button.

The Menu Pad was introduced in version 1.0 and was *formerly* a "virtual PlayStation Portable" (vPSP), but was introduced to reorganise the menus and because of the addition of the in-game XMB feature, eliminating the need for the vPSP's XMB. A SCEA public relations spokesperson explained that "We felt that PlayStation Home deserved its own navigation device, so we built a user interface that was dedicated to just that purpose."[32]

## Communication

Users communicate in a variety of ways in Home. They are able to write text messages to each other

using either a USB or Bluetooth keyboard or with a PlayStation 3 controller using the on-screen keyboard. These messages appear in speech bubbles over the avatar's head and in the 'chat log'. As of version 1.21, there are three modes of the chat log by clicking the left analog stick; normal, expanded, and minimized. Voice chat, with the use of a USB or Bluetooth headset is currently only available within personal spaces and clubs or by making a 'Phone call' to a specific user. The user can also perform gestures (or "e-motes") such as waving, nodding or dancing.[33] As of version 1.10, some gestures can be performed whilst walking. A 'Quick chat' feature is also available. This library of short, predetermined phrases (such as "Hello" and "Where are you from?") can be accessed using a quick access menu.

## Virtual economy

Although the service itself can be used free of charge, premium content is available to purchase from various stores in the shopping complex. Users browse and pay for items such as virtual clothing and furniture by accessing a shop and using its PlayStation Store interface. Items are paid for in real currency using funds from the user's PlayStation Network Wallet.[34][35] Alongside content designed by SCE, real-world companies are also able to sell virtual goods through their own stores in Home. For example, Diesel and Ligne Roset are both represented in Home with their own stores where users can purchase virtual items based on their companies' own clothing and furniture designs respectively.[36]

The shopping complex's store interface. Note its resemblance to the PlayStation Store.

Advertising is prominent in Home's public spaces. Currently, this is primarily PlayStation focused although other video gaming-related brands are also represented. Sony currently streams most advertising from 'their' Home servers. Most advertising is targeted to specific regional audiences although it is also possible to target particular users.[13]

One of the ways Sony has used advertising in Home is with advertising of the PS3 exclusive *Killzone 2*. Users in the North American Home who pre-ordered *Killzone 2* from Amazon.com received free I.S.A. and Helghast costumes for their avatar.[37] On February 16, 2009, if users located a Helghast soldier in the North American Home, they were granted access to the *Killzone 2 demo*.[38] European users got a chance to get the *Killzone 2* costumes by participating in the "Killzone AM!" event hosted in the European Home on March 28, 2009 at 11 am CET. The requirement was that the users must participate in one full round of *Killzone 2* and have a United Kingdom PSN. If users met the requirement, the Home Managers sent the users a voucher code for the costumes.[39] In Japan, if users watched the *Killzone 2* trailer and took the Questionnaire in the Home Theatre, the users received an I.S.A. costume. In order to get the Helghast costume, the users had to do a pre-order.

Another Amazon.com pre-order bonus occurred with the PS3 exclusive *inFamous*. Users in the North American Home who pre-ordered *inFamous* received a Reaper costume for their avatar.[40] If users of the North American Home downloaded the demo of *inFamous* and beat it, users received a Cole costume for their avatar on June 18, 2009.[41][42] European users received the Reaper costume through select promotions and pre-ordering and they received the Cole costume from pre-ordering.

Demonstrated at the CESA Developers Conference 2009 by Masami Kando, "a future update will allow users to load up the PlayStation Store directly from Home." "This", he said, "will allow you to do such things as download demos from PlayStation Home via PlayStation Store and play online with friends"

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 21 of 31

[43]. The presentation also offered a look at a variety of Home technology demos including synchronized playback of multimedia content; the player was able to access a virtual media player whose menu contained listings for real net radio and pod casts. Additionally, the player's virtual Bravia set was made to show commercials. In both instances, users were able to enjoy the content with their friends. The second demonstration showed a pet robot walking about a player's personal space. The player could do actions that the pet would respond to. Kando pointed out that "this system allows for single players to enjoy themselves and does not require a keyboard." Additionally, the robot could be used to offer pertinent information to the user.

## Avatar and Personal Spaces

When first accessing Home, users are given an avatar and an invitation-only apartment which they can personalise with their own choice of decor and furnishings. The user's avatar is the means of travel and communication. The user's personal spaces and clubs are means of expressing their selves and meeting new people and friends alike.

### Avatar

A picture of a male Home avatar being created.

The user can create their own avatar or use one of several preset avatars available in Home.[44] Users can access the Wardrobe from the Menu Pad at any time and location except when in another user's personal apartment. They may customise a variety of the characters features including gender, skin tone, hair, body shape and facial structure. They may also customise their avatar's clothing and accessories using a set of standard items, items bought from one of the clothing shops in Home's shopping complex, or won items from Home's mini-games or PS3 games that support Home rewards. The user has the ability to save up to nine versions of their avatar for quick access at any time.

### Personal Spaces

An avatar sitting in their decorated Harbour Studio.

Each user has a Personal Space, called a "HomeSpace", which they can modify and change any time they are in it. The initial basic apartment, the **Harbour Studio** (a studio overlooking a harbour), is free and offers users limited options, such as a 50 item limit, for customisation and personalisation. In the future, Sony will provide tools that will enable users to have an even greater ability to create their own Personal spaces and content. Users may invite any other Home user (even cross-region) to their Personal Space and in time, will be able to stream the host's music from their console's hard drive.[45] Videos may be enabled in the future, but not during the opening stages of the beta.[46] Users can also place their own digital photographs in picture frames to display on the wall of their apartment; this feature is currently only available to the North American version.[47] Whilst the Harbour Studio and basic furniture is provided to all users free of charge, premium Personal Spaces, dedicated furniture for the premium Personal Spaces, and other furniture is available to purchase from the shopping complex. Some furniture and decorative ornaments can be won from the mini-games in Home and PS3 games that support Home rewards.

Premium Personal spaces that are available from the Home Estates store include the **Summer House,**

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 22 of 31

the **Lakeside Log Cabin**, the **Living Room Stage Set from Loot** (North America), the **Ghostbusters Firehouse: On Location** (North America), the **City Penthouse** (Currently unavailable to all regions due to a bug that needs fixed),[48] the **Visari Throne Room** (Europe & North America), and the **Post Apocalypse Apartment** (North America), which has approximately 70 items dedicated to it.[49] The Visari Throne Room is based on Visari's Throne Room from the last level of *Killzone 2*.[50] The **Chamber Apartment** was a free personal space that was only available for one week from May 14, 2009 to May 21, 2009 in the North American Home.[51] The Chamber Apartment has four interactive fire pits/waterfalls and the user can decide whether or not they want a fire pit or a waterfall by stepping on a switch. There is also a living tree with a face on it that will follow the user if the user walks by the face. Users who own *Batman: Arkham Asylum* can unlock a special **Batman: Arkham Asylum Batcave Outpost** personal apartment that comes with displays of the Batsuit, the Grapnel Gun, the Batarang, the Batmobile, and the Batwing in the apartment. The personal space also features two video screens, which are advertising the game, making it the first personal space, besides clubs, to have video screens.[52] It has been confirmed as an unlockable for Europe and North America.

In time, Home will have a **Hall of Fame** which will include "Trophy Rooms". The **Trophy Room** is a Personal Space where users are able to display 3D representations of their PlayStation Network Trophies.

### Clubs

Users are able to purchase a Club. Currently, there is only one club to purchase called the **Basic Clubhouse**. Each club has a leader (the user who purchased the club) who can elect up to 4 sub-leaders and can have up to 32 members in total. A user can only be a member of up to five clubs and if the user owns a club, they can only be a member of up to four clubs. Also, a user can only own one club. In a similar way to Personal Spaces, the club's owner is able to set-up and decorate a private clubhouse as a meeting point for club members. The clubhouse also features a notice board where the leader and sub-leaders can post messages and announcements to other members. There is also a video screen in the clubhouse that has currently only played two interviews from the directors and actors of the films *Watchmen* and *Star Trek*. Japan's clubhouse video screen has the option to access a Home members page after they've entered their PSN info.[53]

### Stage Sets from Loot

*Stage Sets* are premium personal spaces where users, if they have a video capture system, can make their own machinimas in Home.[54] Stage Set was created by Loot, a newly formed group of developers from Sony Pictures Entertainment that creates experiences and products for Home.[55] Loot has currently only made the Stage Sets available to the North American version at a price of $4.99 USD each from the Home Estates store in the shopping complex.

The first Stage Set, the "Living Room Stage Set from Loot", is loaded with interactive lights, cameras, backdrops and film-related equipment to simulate a real-life studio production environment. The lighting and camera systems allow for a wide range of desired angles, movements, transitions, cuts and lens set-ups that allow users to take control of the technical and artistic aspects. Combined with twelve props and a director's t-shirt that come with the space to decorate the set, users have access to the tools necessary to create their own film when hooked up to a video capture system. This Stage Set was made available on May 7, 2009.

The second Stage Set to be released from Loot in joint with Atari and Terminal Reality is the

"*Ghostbusters* Firehouse: On Location".[56] This space is dedicated to the 25th anniversary of *Ghostbusters* and it's worldwide release on Blu-ray on June 18, 2009. The Firehouse personal space is a detailed replica of the three floor *Ghostbusters'* headquarters from the original film. It comes complete with the ghost containment unit in the basement, the garage and office areas on the 1st floor, plus the living room, laboratory, fire poles, bedroom and bathroom areas. It comes with the Living Room Stage Set's camera functionality, film props and portable blue screens. Users can, through the use of an external special effects/compositing programs, create images of their avatar driving the film's Ecto-1 vehicle in their own machinima movies. Users are also able to fly around as Slimer, a character from the film. Twenty-one furniture items and ornaments and a Stay Puft Marshmallow Man headwear for users avatars also comes with the purchase of the space. *Ghostbusters'* costumes, other ornaments, and t-shirts from Loot are available at the shopping complex. This Stage Set was made available on June 18, 2009.

# Public Spaces

There are four main regions of Home: Asia, Europe, Japan, and North America. Countries which are not geographically related to those regions, join Europe. Countries that join Europe are Australia, New Zealand, Russia, Saudi Arabia, South Africa and United Arab Emirates. Japan is the only country with its own version of Home. Each region has different features as well as some similar ones. SCEHK operates the Asian Home, SCEE operates the European Home, SCEJ operates the Japanese Home, and SCEA operates the North American Home.



The North American Home Public Spaces "World map".

"Spaces" on the world map are broken-up into categories based on the Spaces' publisher or purpose. Home consists of locations from Sony Computer Entertainment and various third-parties. These include a central meeting point; a bowling alley and gaming arcade; a shopping complex; a café; and various game, developer, and company Spaces. The user's personal spaces and clubs are accessed through a different option in the Menu Pad.

The Spaces' names and availability vary based on the user's location. For example, the shopping complex is called the "Shopping Mall" in Asia and Japan, "The Mall" in North America, and the "Shopping Centre" in Europe.

## Core Spaces

The Core Spaces are the spaces made by Sony Computer Entertainment, specifically for the Home environment. These are the main spaces of Home and are updated the most. They are also where most events occur. The Core Spaces from SCE are the central meeting point, the theatre, the bowling alley and gaming arcade, the shopping complex, the café, and the PlayStation Events Spaces.

The **Home Square** (Europe,[57] Asia,[58] and Japan) or **Central Plaza** (North America[59]) is Home's *central meeting point* where users commonly meet and chat. It is where much of the advertising occurs, and it connects all of the core Home spaces together. Currently, they have two video screens, advertising posters, and region-specific features (such as Listen@Home for North America). 'Listen@Home' is a listening post in the Central Plaza where users gather to listen to music. There are a number of songs for users to



Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 24 of 31

vote on to listen to; songs change frequently and has featured the rapper 50 Cent and music from the Winter X Games. Also in the Central Plaza, there is a pond-like feature with the mini-game "Saucer Pop" which will soon feature a leaderboard and rewards. The European Home Square has the mini-game "Helicopter Hit", and a place to play chess and draughts/checkers. The Asian and Japanese Home Squares have a pier, located behind the Game Space. The Asian and Japanese Home Squares, from time to time, feature an attraction in the middle of the Home Square. For example, beginning from July 11, 2009, the Japanese Home Square features a replica of the life-sized Gundam that is currently standing in Odaiba, Japan.[60]. The Gundam has also been added to the Asian Home Square on September 7, 2009.

The North American Central Plaza.

The **Home Theatre**[61] (Asia, Europe, and Japan), or **Movie Theatre Lobby** (North America) is a virtual cinema where users can view a range of video content. This content includes film and game trailers and video game features from third-party publishers such as Eurogamer. Videos are displayed in the 3D environment on virtual video screens which can be viewed full screen. Users can walk around the cinema that they are in except in the European Home. The dynamic video content in Home is presented in standard definition to reduce loading times. The Asian and Japanese Home have the same version of the theatre featuring a two-story lobby with four cinemas. The European and North American Home also have the same version of the theatre featuring a two story lobby with ten cinemas. North Americas also features a shop where users can purchase film related clothes.[62] On August 27, 2009, the North American theatre began to show full length TV shows, the first being *The Soup's The Best of '09*.[63]

The Bowling Alley- Europe & North America (left: pool, right: arcade, centre: bowling)

At the **Bowling Alley** (Europe[64] and North America[59]) or the **Game Space** (Asia[65] and Japan), social mini-games such as 10-pin bowling and pool billiards can be played; it also features a variety of arcade-machine games: *Echochrome*, *Icebreaker*, *Carriage Return*, and *Yuusha no Kuse ni Namaikida www* (Japan only). Prizes are awarded for beating the arcade-machine games, such as an *Echochrome* suit for users avatar. Users who have downloaded the *Namco Museum* collection (including the demo) from the Asian, Japanese, or North American PlayStation Store are able to unlock additional arcade games including *Pac-Man*, *Dig Dug*, *Galaga*, *Xevious*, *Dragon Spirit*, and *Xevious Resurrection* (the latter two are not included with the demo).[66] Users with the *Namco Museum* collection or the demo on their PS3 can win the prizes for Home for the corresponding account it is played on. However, users can only play them (excluding the latter two listed) at the Game Space, and not the Bowling Alley. Currently, there is pool tables, bowling lanes, arcade machines, video screens, and dart boards (only in Game Space).

The **Shopping Centre** (Europe[67]), **The Mall** (North America[59]), or **Shopping Mall** (Asia[68] and Japan), is where all purchases are made. The shopping complexes allow users to buy new clothes, accessories, premium locations (such as new Personal Spaces), and other items. Purchases use PlayStation Network Wallet funds, and work in a manner similar to the PlayStation Store. Currently there are stores, a video screen, advertising posters, and a place to play chess (unavailable in the Shopping Mall). The current stores consist of "Home Stuff", "Home Estates", "Home Threads", a Home "furniture store", 'Ligne Roset' furniture, and 'Diesel' clothes. The latter two are unavailable in the Shopping Mall. The Shopping Centre features two more clothing stores which are "Alter Ego" and "The Original V-Shirt Store". The Mall now features a "Costumes" store for full costumes as well as a "Threads II" featuring animated clothing and "Furniture 2" featuring animated furniture.

The **Home Café** (Asia[58] and Japan) or **The Gamer's Lounge** (North America) is a two-story building where users can meet up and chat. There is a water feature, a wine gallery and chairs, which is slowly becoming an event space for developer talks and parties.[69] The first developer talk occurred on March 4, 2009 in The Gamer's Lounge with the developers of *Street Fighter IV*. Users got to ask the developers questions about the game.[70] For a time, Japan's Café was sponsored by *Famitsu Game Magazine* which featured a statue of the mascot of *Famitsu* holding a video screen and the upstairs had a display of *Famitsu*'s office. The Home Café for Japan has been remodeled as the "Music Café" for a limited time.[71] The first floor is a "Sound Space" for a dance club-like feel with music and on the second floor, a "Gallery Space" displaying various Sony entertainment products such as Bravia televisions, VAIO computers, and Walkman products, and there is a Questionnaire that rewards Sony headphones for users avatars. The Café is still closed for Asia and is unavailable to Europe.

**PlayStation Events Space**

The *PlayStation Events Space*[72] opens to the public in the occurrence of an event. This space consists of three spaces - Events Landing, The Gallery, and the Presentation Podium (whether there is more or not is currently unknown) - and is a venue for special events, announcements, and parties.

The first event was the "PSP-3000 Treasure Hunt" and occurred during the end of January 2009. It featured "Events Landing" and "The Gallery". When first entering the space, users received a PSP Loco Roco hat for their avatar. In this event, users had to search for eight codes in the events spaces and enter them into the Touchpad for a chance to win a PSP-3000. Events Landing had a mini-game called 'Tri Sphere' and two video screens. The Gallery had animated Loco Rocos, the 'Touchpad', which accessed the PSP-3000 Treasure Hunt, a music-playing sphere, and two video screens. During the first event, the space was only used by Europe.

Another space opened on May 21, 2009 for the next event. The space newly featured the "Presentation Podium" which has a large screen and lounge. It is known as the "beating heart of the PlayStation Events Space". This event was for E3 2009. Sony's E3 2009 press conference was shown in the Presentation Podium a few hours after Sony's press conference ended in three part segments for each day of E3. The event had limited time, exclusive virtual items in the North American Home. The exclusive items were six differently coloured NPLH (No Place Like Home) t-shirts, and were obtained by finding the voucher codes in the SCE spaces and redeeming them.[73] During this event, the space was used by Europe and North America.

The next event, which began on July 30, 2009 and ended on August 27, 2009, was for the PSN downloadable game, *Fat Princess*. The event was "*Fat Princess*: Quest for Cake" and used Events Landing and The Gallery. In this event, the users had to find eight pieces of cake, located away in cages and search for clues to unlock them. If the users managed to unlock all eight pieces of cake, and feed the Princess, they received a special reward – the Fat Princess' throne for their personal apartment. Events Landing was decorated for the *Fat Princess* event and featured four different statues, two video screens, and seating. The Gallery was also decorated for the *Fat Princess* event and featured the "Quest for Cake" event game and different statues of characters and weapons from the game. An interesting fact of this event is that it was done by nDreams, the developers of *Xi*. During this event, the space was used by Europe and North America.[74] This event opened in the Asian Home and will be available from August 27, 2009 to September 10, 2009.

Another event began on August 13, 2009 and coincided with the "*Fat Princess*: Quest for Cake" event until August 27, 2009. This event is for Gamescom 2009 and is being held in the Presentation Podium.

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 26 of 31

There are bits of SCE's press conference shown on the jumbo screen and there is a mini-game called "Shape Blast" where users take control of eight cannons and blast rings with shapes to win a special Shape Blast Trophy for their apartment. During this event, the space is being used by Europe.[75]

The next event, which began on August 27, 2009, using Events Landing, is for the "*Buzz!* Tomato Challenge" event. Exclusive footage from the *Buzz!* World Championships grand final at La Tomatina festival in Spain is being shown during the event. Users are able to take part in a virtual version of the real world event via the *Buzz!* Tomato Challenge pod in the re-dressed Events Landing. Users throw tomatoes at the enormous Buzz by anwering quiz questions correctly. If they successfully hit Buzz ten times within the time limit, they will be rewarded a *Buzz!* Tomato Head for their avatar. During this event, the space is being used by Europe.[76]

## Game Spaces

*Main article: List of PlayStation Home Game Spaces*

The Texas Hold'em table in the *The Godfather II* Game Space.

Sony Computer Entertainment and various third parties can create dedicated "Game Spaces" for specific games. These spaces generally depict a level of the game itself and have mini-games or interactions related to the game. There are currently twenty Game Spaces that have been released for Home. These Game Spaces vary depending on the region the user is in. The first five Game Spaces released for the Home Open Beta were *Uncharted: Drake's Fortune* "Sully's Bar"[77], *Far Cry 2* "Reuben's Office", *Far Cry 2* "Train Station", *Minna no Golf* Lounge, and *Siren: New Translation* Lounge. The first three were released in the North American Home and the last two for the Japanese Home at the launch of the Open Beta. The *Resident Evil 5* "Studio Lot" (or *Biohazard 5* "Film Studio") is the first space to offer an in-lounge shop. The *inFamous* space is the first space to broadcast exclusive media from the games developer, which in this case is Sucker Punch Productions.

Some games, such as *Namco Museum.comm/Essentials, Street Fighter IV, Resident Evil 5*/*Biohazard 5*, *SingStar* (Europe), *Makai Senki Disgaea 3* (Japan)[78], and *Batman: Arkham Asylum* support Home rewards. The users receive the rewards by earning certain trophies in the game itself or by simply launching the game in their PS3.

The PSP has support for Home rewards as well.[79] In Japan, the first and currently only game with Home rewards support is *The Idolmaster SP*.

In a discussion at GDC 2009 on March 25, 2009, Jack Buser stated, "You'll see about three new spaces launched a month...I'll be shocked if we ever go under that number, we have so much in the pipeline." [80]

## Game Developer Spaces

Video game developers are able to create "Developer Spaces" for their developing company to showcase their products in Home. [81] These spaces act similarly to Game Spaces except they are not for a specific game like the Game Spaces are. These spaces generally have mini-games related to their company or games and offer a wide range of content for purchase based on their company.

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 27 of 31

The "EA Sports Complex Upstairs" before it was updated to the Green Poker Room.

Namco Bandai was the first to do this with their "Namco Bandai" space. There is two rooms of the space, the Namco Bandai Game Arena (Asia and Japan) or Namco Arcade Center (North America), and the Community Arena (Asia and Japan) or the Namco Theatre (North America). This space features all of the *Namco Museum.comm/Essentials* arcade games as well as a mini-museum, show casing *Soul Calibur IV*, *Ridge Racer 7*, and *Tekken 6*. In order to play the arcade games, users must have *Namco Museum.comm/Essentials* saved to their PS3s HDD or the demo that doesn't include two of the games in the full version. Also in the first room is a 'Money Exchange Machine', a 'Vending Machine', and a 'Love Seat' that each, have a reward; the Love Seat lets users tests their compatibility and has three different rewards depending on their compatibility. The first room also features *The Idolmaster SP* Wandering Star, Perfect Sun, and Missing Moon Vending Machines and the second room features *The Idolmaster SP* 961 Production Vending Machine, all four of which user play roulette to get various cans with idols on them and a Haruka Amami costume. The space was released on December 11, 2008 for Japan, March 26, 2009 for Asia, and July 16, 2009 for North America. It is unconfirmed if it will be released to Europe.

Irem released a promotional space called the "Square of Irem" for Japan. This space features various 'Night Stalls' with free items such as a yukata and was released on February 26, 2009 for Japan. Users can also access the game space for *Minna de Spelunker* from this space. On April 1, 2009, Irem gave away free "Combatant of the Black Irem Brigade" suits in the space that were only available for that day.[82] There is also a store in the space that users can purchase items from Irem. This space was released in the Asian Home on July 16, 2009 as the "Irem Square", but the only way users could access the space, at the time, was by riding in the space ship that was accessed at the "Bus Stop" in the Home Square. The ship departed every fifteen minutes and after landing, users got a hat that is modeled after the ship. The space was added to Asia's world map on July 23, 2009 and the Bus Stop in the Home Square was removed. Irem released another promotional space called the "Seaside of Memories" (Asia), or "Coast of Memories" (Japan), on August 13, 2009. This space is a beach resort with three accessible huts. One hut has a shop that sells swimsuit apparel for users avatars and the others two huts are just a place for users to sit and chat. This is also the first space to let users go in and under the water and if they stay under the water too long, they get reset back at the entrance of the space. Users can also get a prize for finding flashing stars under the water.

EA Sports released the long awaited "EA Sports Complex" on April 23, 2009 for Europe and North America. EA Sports updates the Complex frequently and it now features five rooms; the EA Sports Racing Complex, the EA Sports Golf Complex, the EA Sports Complex Green Poker Room, the EA Sports Complex Red Poker Room, and Club Fight Night, which is the game space for *Fight Night Round 4*.[83] Each room features a mini-game each with different rewards. The Racing Complex features Racing with a total of eight karts; four on each side of the Complex. The Racing Complex now features the EA Sports Pro Shop with full boxing outfits and furniture from *Fight Night Round 4*.[84] The Golf Complex features two Practice Ranges for golfing; one range on each side of the Complex. A Golf Pro-shop is coming soon for the Golf Complex. The Green Poker Room features four green poker tables that users can play at anytime and one red poker table. The Red Poker Room features four red poker tables that requires 2,000 points for users to play at them. The Red Poker Room now includes a black poker table for the higher level players and requires 10,000 points for users to play at it. In time, there will be a room dedicated to the black poker table. Club Fight Night features a mini-game called Club DJ and will soon feature robot boxing.

SCEJ have also announced that Sony have given licenses to 24 companies to produce content for *Home*. As well as independent Japanese developers (such as Irem and Koei) the list also includes international companies such as Activision, Capcom, Tecmo, Disney Interactive, Electronic Arts, Konami, Namco Bandai, Sega, and Ubisoft. [85]

### Non-gaming Company Spaces

Non-gaming-related companies can also create sponsored "Company Spaces" for Home. [86] These also act similarly to Game Spaces but are specifically made to sponsor the companies products.

The first company to do this, and currently only, is Red Bull with their "Red Bull Space" released on January 8, 2009 for Europe and North America. This space features the *Red Bull Air Race* mini-game with two leaderboards (one for the user's friends and the other for all users of Home in that region, reset daily). Red Bull will soon be releasing a space for "Flugtag" which will feature the *Red Bull Flugtag*. It can be seen starting at the 2:53 mark in this video: PlayStation Home EU Trailer - August 2009 GamesCom.

In the Japanese Home, Coca-Cola has placed a vending machine in Home that takes users to a space called the "Georgia Break Station". The vending machine also distributes original avatar items and presents, along with "C-pons", digital coupons that can be used to get real drinks from real vending machines. This is to promote Coca-Cola's Georgia series of canned coffee. The space is a lounge that functions similarly to The Gamer's Lounge in North America. It has two in-lounge avatars that speak to the users regarding the Georgia coffee and will be available from September 7, 2009 to December 15, 2009.[87]

At Gamescom 2009, SCEE president Andrew House announced that Audi would be supporting Home starting off with content in Home's theatre and then later, a dedicated Home space.[27] It is unconfirmed of when Audi will start putting content into the theatre and when the space will be released.

Phil Harrison stated that locations built around famous coffee, drinks, clothing, and record companies; along with major retailers and other such companies could feature content depending on the company's desire to create Home content.

## Game Launching

*Game Launching* is a feature in Home which allows users to organize and start multiplayer games with other Home users, who may or may not be on their friends lists. Users can set up a game launching session by going into their Menu Pads, selecting "Game Launching", and setting up a session for the game they want to launch. They can also join an existing session. When users have set up a game that is ready to launch, the name of the game and how many players have joined the session is shown under the users' names above their heads. By using the Game Launching feature, users are entered directly into the game, bypassing the normal title screen. After the match ends, users can either quit the game and be returned to their XMB, or they can quit the game and be returned back to Home.

Currently, games that support game launching are *Warhawk*, *Resident Evil 5/Biohazard 5*, *Everybody's Golf 5/Minna no Golf 5* (Asia, Europe, & Japan), *Namco Museum.comm/Essentials* (Asia, Japan, & North America), *Minna de Spelunker* (Japan), *Catan* (Japan), *Street Fighter IV*, *Resistance 2*, *Crash Commando*, *MotorStorm: Pacific Rift*, and *Far Cry 2*.

Case 5:09-cv-03007-RMW Document 14 Filed 09/08/09 Page 29 of 31

After the version 1.3 patch is implemented, all PS3 games will be able to be launched from Home.

# User-generated content

In time, users may be able to make user-generated content for Home, but under strict moderation.[88] Picture frames are the first feature to support user-generated content with photo sharing. The *inFamous* Game Space also supports user-generated content by allowing users to create their own unique graffiti designs in the graffiti mini-game and save it to their PS3s HDD to display for their friends.

# Xi

*Main article: Xi (alternate reality game)*

The *Xi* logo.

***Xi*** (pronounced /ˈsaɪ/ (UK) or /ˈzaɪ/ (US) in English.) was the world's first console-based Alternate Reality Game. The game was an adventure to help find "Jess" and the meaning of *Xi* by collecting fragments and butterflies that took place in a series of secret areas in Home that changed frequently.[89] The game also involved the users to search for clues in the real world.[90] This game was created by nDreams who released several spaces for *Xi* including, "The Hub" and another space called "Home Maintenance" as well as "Alpha Zones 1", "2", and "3" within The Hub and "Party at Jess's Apartment" within Home Maintenance. When users completed *Xi*, they were no longer able to access The Hub, but could access the "Xi Alumni Hub" in its place. *Xi* was advertised via clues and hints during the month prior to its release on March 23, 2009. The clues were hidden in the Menu Pad and videos in the central meeting point. *Xi* and all of the corresponding spaces were exclusive to Europe and North America. The only spaces users can access now that *Xi* is over, are the Xi Alumni Hub and Alpha Zone 1 - Game Test Area, Maximum-Tilt Lobby, & Adventure Lobby; the Alpha Zone 1 spaces are accessed through the teleport in the Xi Alumni Hub. The Xi Alumni Hub was added to the world map on July 2, 2009 under the chip with the *Xi* logo.

# Events

Home plays host to many types of events, such as developer interviews. They are organised by Home and its affiliated content providers. Live events such as sports and concerts may also be broadcast within Home.[91] Premium events may well use the PlayStation Network Wallet. Special events are held at the 'PlayStation Events Space', the 'Home Café' and 'The Gamer's Lounge'.

Some events are used to promote upcoming films. In Europe, there was a treasure hunt occurring in Home to promote the film, *Transformers: Revenge of the Fallen*. In this event, the users had to go to a poster in one of the Home spaces that was advertising the film and click the link option to open the Web Browser which took them to a web page where the users played a game. If they beat the game, they were rewarded a *Transformers: Revenge of the Fallen* themed t-shirt for their avatar and then could proceed to the next game when it was released. When the next game was released, it was in a different Home space from the previous game. There were a total of six games over the course of June 6, 2009 to June 24, 2009; the last game required the users to solve the previous five games again and rewarded a *Transformers: Revenge of the Fallen* trophy for users personal spaces.[92]

In the European and North American Home, the Home management team have set up days for game launching events for some games that support game launching. For example, in the North American Home, there is a "*Resistance 2*: SRPA Seige Night" which is every Friday from 6 pm PT to 10 pm PT. [93]

Several events that have taken place in Home require the users to either answer questions or suggest ideas on the Official PlayStation Home Forums for a chance to win a prize. A couple of these events are the "12 Games of Christmas"[94] (annual event in North America), a question and answer event, and "Name the New Home Space" which determined the name of the North American Home Space known as the 'Home Café' in Asia and Japan.[95] The prize is generally a $10 USD product voucher for virtual items in the shopping complex. These events are organised by the PlayStation Home Managers.

# Security

Sony says that they are strict on the behavior of users in Home.[96] A variety of potentially offensive words and word combinations are automatically censored in messages that users write to each other, and administrators are able to block a users' console and IP address from accessing the service if a user behaves illegally, inappropriately or against the terms of use of the service.

Users are able to report the inappropriate or offensive behaviour of other users to moderators by accessing the *PlayStation Home Safe Screen*.[97] Users are also able to change their communication settings to block messages from users who are not on their friends list.

# Updates

PlayStation Home undergoes a weekly maintenance, which comes with updates every two weeks from the previous update. These updates provide bug fixes and expand the social and gameplay aspects of Home. The beta has received several updates such as giving the users the ability to access the patio of their Harbour Studio,[98] to access the 'Menu Pad'; and to access the shopping complex. Other features such as Home Trophies, pets, weather, and seasons have yet to be released. After location-affecting updates, the location must be re-downloaded. Content updates do not affect the version number; only the core client updates affect the version number.

Version 1.0 was released on November 21, 2008. This version was available to beta testers as a 77 MB download from the PlayStation Store by redeeming a code sent to their email. Upon installation, 3077 MB of hard disk space is reserved for the application. Additional downloads are needed to access the different locations such as Home Square and the Bowling Alley. Those locations' download sizes vary from 16–45 MB each.[99][100]

Version 1.03 was the first open beta version and was released on December 11, 2008.[101] The Home icon automatically appeared under the *PlayStation Network* category on the XMB when players turned on their PlayStation 3 on that day. The current version is version 1.23 released on August 20, 2009 and requires PS3 firmware 2.80 or higher to install and was a 25 MB download. This update made it so that personal spaces have their own save file and the Home save files are no longer capable of being copied. [3]

Version 1.30 will be released in September 2009, and includes key features such as Universal Game

Launching (users can launch into any PS3 game from Home), 3D item previews in the shopping complex, more portable objects for the "Inventory" section, a camera that let's users take in-Home pictures and save it to their PS3's HDD, and users can now determine their cache size (3, 5, 8, or 12 GB) to make navigating Home a smoother experience. Complete v1.3 patch notes will be posted before the patch goes live.[102]

## See also

- Avatars Xbox 360 Avatars | Wii Mii | Sim
- Avatar worlds Second Life | IMVU | OLIVE | Active Worlds

## References

1. ^ "PlayTV Review Review by Tom Bramwell". Eurogamer.net. August 29, 2008. http://www.eurogamer.net/articles/playtv-review?page=2.
2. ^ "*PlayStation Home* Page". GamePro. http://www.gamepro.com/sony/ps3/42435/info.shtml. Retrieved 2008-06-10.
3. ^ *a b* "PlayStation Home Update v1.23.5 Released". N4G.com. http://www.n4g.com/ps3/News-380756.aspx.
4. ^ "Sony Computer Entertainment Inc. Announces Ground-Breaking, Next-Generation 3D Online-User Community". Sony Computer Entertainment America. 2007-03-07. http://www.us.playstation.com/News/PressReleases/382. Retrieved 2008-04-15.
5. ^ "Sony: PlayStation Home Was Originally 'Hub'". Kotaku.com. November 5, 2008. http://kotaku.com/5076898/playstation-home-was-originally-hub.
6. ^ "PlayStation Games and Media: We're nothing without our community". SCEE. 2008-08-20. http://www.us.playstation.com/News/PressReleases/382. Retrieved 2008-08-24.
7. ^ "GDC: Phil Harrison's Keynote Speech". Games Industry. May 16 2007. http://www.gamesindustry.biz/articles/gdc-phil-harrisons-keynote-speech.
8. ^ "No gamerscore, no achievements on PS3". Joystiq. October 23 2006. http://www.joystiq.com/2006/10/23/no-gamerscore-no-achievements-on-ps3/.
9. ^ Martijn Müller (March 1, 2007). "PlayStation 3 launch interview". NG-Gamer. http://www.ng-gamer.nl/content.php?id=3162.
10. ^ Michael McWhertor. "Rumor: Sony To Unveil PlayStation Home". Kotaku. http://kotaku.com/gaming/sony/rumor-sony-to-unveil-playstation-home-240746.php.
11. ^ Martijn Müller (March 2, 2007). "PSN krijgt PlayStation Home" (in Dutch). NG-Gamer. http://www.ng-gamer.nl/game-nieuws/3181_psn-krijgt-playstation-home.
12. ^ Tor Thorsen (March 7, 2007). "GDC '07 PlayStation Keynote". Gamespot. http://www.gamespot.com/events/gdc07/story.html?sid=6166926&autoplay=6167003&tag=topslot;link;1.
13. ^ *a b* "Home Development Q&A" (PDF). SCE. March 7, 2007. http://www.scedev.net/home/Third%20Party%20Relations%20Q%26A.pdf.
14. ^ "PlayStation Home Beta Extended Today". http://blog.us.playstation.com/2008/09/19/playstation-home-beta-extended-today/.
15. ^ "Virtual Worlds News: Sony Home Delayed to Spring 2008". Virtual Worlds News. September 20, 2007. http://www.virtualworldsnews.com/2007/09/sony-home-delay.html.
16. ^ "Playstation Home not open till fall of 08". Platform Nation. 22 April 2007. http://www.platformnation.com/2008/04/21/playstation-home-not-open-till-fall-of-08/.
17. ^ Sony Play Warhawk Wednesday - win a Beta Trial Invitation!!
18. ^ "Home beta hits Japan". http://sarcasticgamer.com/wp/index.php/2008/07/home-beta-hits-japan.html.
19. ^ "Want into the PlayStation Home closed beta test? Here's how to apply". http://blog.us.playstation.com/2008/08/07/want-into-the-playstation-home-closed-beta-test-heres-how-to-apply/.
20. ^ "Home Hits Asia In "Fall 2008"". http://kotaku.com/5042768/home-hits-asia-in-fall-2008.
21. ^ "PlayStationHome is coming to Asia with Closed Beta Test to be launched soon!". http://asia.playstation.com/psn_recruit/index.php.