**E-FILED on** 9/22/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>            Plaintiff,<br><br>       v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA,<br><br>            Defendant. | No. C-09-03007 RMW<br><br>JUDGMENT |

On September 22, 2009 the court dismissed this action without prejudice.  THEREFORE, IT IS HEREBY ADJUDGED that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:     9/22/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-03007 RMW
TER

**A copy of this document has been mailed to:**

**Plaintiff:**

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Richard Mooney             rmooney@linerlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/2209                              TER

                                          **Chambers of Judge Whyte**