UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

Case No. C-09-03007-RMW   JUDGE: Ronald M. Whyte   DATE: September 18, 2009
TIME IN: *10 mins.*

**Title** ERIK ESTAVILLO -V- SONY COMPUTER ENTERTAINMENT AMERICA

E. Estavillo (Pro Se)                      R. Mooney
Attorneys Present (Plaintiff)         Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia         COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. The Court's tentative ruling is to grant the motion to dismiss. There is no federal claim. The state claims shall be dismissed without prejudice. The Court to send out a final ruling to the parties. The matter is deemed submitted.