**FILED**

[Clear Form]

OCT 1 3 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Walve Appeal to Ninth Circuit Costs Please.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*Erik Estavillo*
            Plaintiff,

vs.

*Sony Computer Entertainment America*
            Defendant.

CASE NO. *C-09-03007 RMW*

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, *Erik Estavillo* declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

_____

_____

_____

2.      Have you received, within the past twelve (12) months, any money from any of the following sources:

|   |   |   |   |
|---|---|---|---|
| a. | Business, Profession or self employment? | Yes ___ No _X_ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ No _X_ |
| c. | Rent payments? | Yes ___ No _X_ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ No _X_ |
| e. | Federal or State welfare payments, Social Security or other govern- ment source? | Yes _X_ No ___ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ SSI = $150   SSP = $800 _____

_____

3.      Are you married?                                    Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.      a.      List amount you contribute to your spouse's support:$ _____

        b.      List the persons other than your spouse who are dependent upon you for support

                and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ____  No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?          Yes _X_  No ____

Make _Acura_____ Year _1998_____ Model _Acura Integra_

Is it financed? Yes _____ No _X_ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes _X_  No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _Bank of the West_

_McKee Branch San Jose_

Present balance(s): $ _30_____

Do you own any cash?  Yes ____ No _X_ Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)          Yes ____ No _X_

_____

8.      What are your monthly expenses?

Rent: $ _300_____ Utilities: _75_____

Food: $ _200_____ Clothing: _0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Discover | $ 120 | $ 5,000 |
| Visa | $ 180 | $ 7,500 |
| Visa | $ 78 | $ 2,500 |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

-3-

1

2    10.     Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?   Yes ___  No _X_

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    _____

7    _____

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    _10/13/2009_          _Erik Stalla_

12       DATE                 SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28