UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 16, 2009

**CASE INFORMATION:**
Short Case Title: <u>ERIK ESTAVILLO</u>-v- <u>SONY COMPUTER ENTERTAINMENT AMERICA</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge Ronald M. Whyte</u>
Criminal and/or Civil Case No.: <u>CV 09-03007 RMW</u>
Date Complaint/Indictment/Petition Filed: <u>7/6/2009</u>
Date Appealed order/judgment *entered* <u>9/22/2009</u>
Date NOA *filed* <u>10/13/2009</u>

COA Status (check one):     ☐ granted in full (attach order)     ☐ denied in full (send record)
                            ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Lee-Anne Shortridge 408-287-4580</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted: <u>7/7/2009</u>                      Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Erik Estavillo          Appellee Counsel: Richard James Mooney
                  3284 Cortese Circle     Liner Yankelevitz Sunshine & Regenstreif LLP
                  San Jose, CA. 95127     199 Fremont Street, 20th Floor
                  408-926-7224            San Francisco, CA. 94105
                                          415-489-7700
                                          rmooney@linerlaw.com

☐ retained   ☐ CJA   ☐ FPD   X Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                            9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Diane Miyashiro</u>
                                                    408-535-5373