ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:09-cv-03007-RMW
### Internal Use Only

| | |
|---|---|
| Estavillo v. Sony Computer Entertainment America Inc | Date Filed: 07/06/2009 |
| Assigned to: Hon. Ronald M. Whyte | Date Terminated: 09/22/2009 |
| Referred to: Magistrate Judge Howard R. Lloyd | Jury Demand: Plaintiff |
| Demand: $999,999,000 | Nature of Suit: 446 American with Disabilities - Other |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Erik Estavillo**   represented by **Erik Estavillo**
3284 Cortese Circle
San Jose, CA 95127
408-926-7224
PRO SE

V.

**Defendant**

**Sony Computer Entertainment America Inc**   represented by **Richard James Mooney**
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street
20th Floor
San Francisco, CA 94105
415-489-7700
Fax: 415-489-7701
Email: rmooney@linerlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2009 | 1 | COMPLAINT (NO PROCESS); IFPP; Jury Demand; against Sony Computer Entertainment America Inc. Filed by Erik Estavillo. (Attachments: # 1 Civil Cover Sheet) (bw, COURT STAFF) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/06/2009 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Erik Estavillo. (bw, COURT STAFF) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/06/2009 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 10/20/2009. Case Management Conference set for 10/27/2009 01:30 PM. (Attachments: # 1 Standing Order re Initial Case Management and |

|  |  |  |
|---|---|---|
|  |  | Discovery Disputes Judge Lloyd, # 2 Standing Order Regarding Case Management in Civil Cases - San Jose Division, # 3 Standing Order for all Judges of the Northern District of California) (bw, COURT STAFF) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/06/2009 |  | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/07/2009 | 4 | ORDER by Magistrate Judge Howard R. Lloyd granting 2 Motion for Leave to Proceed in forma pauperis. (hrllc1, COURT STAFF) (Filed on 7/7/2009) (Entered: 07/07/2009) |
| 07/07/2009 |  | Remark: copy of order (Docket #4) mailed to Erik Estavillo, 3284 Cortese Circle, San Jose, CA 95127. (hrllc1, COURT STAFF) (Filed on 7/7/2009) (Entered: 07/07/2009) |
| 07/08/2009 |  | Clerk mailed letter to Plaintiff regarding mailing address for defendant listed on complaint. A self-addressed, stamped envelope included with letter to plaintiff.(bw, COURT STAFF) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 5 | Summons Issued as to Sony Computer Entertainment America Inc. (bw, COURT STAFF) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/27/2009 | 6 | Declination to Proceed Before a U.S. Magistrate Judge and Request for Reassignment to a United States District Judge by Sony Computer Entertainment America Inc (Mooney, Richard) (Filed on 7/27/2009) Modified on 7/28/2009 (bw, COURT STAFF). (Entered: 07/27/2009) |
| 07/28/2009 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (pmc, COURT STAFF) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/28/2009 |  | (Court only) Set Deadlines/Hearings:, ***Deadlines terminated. Case Management Statement due by 10/30/2009. Case Management Conference set for 11/6/2009 10:30 AM. (pmc, COURT STAFF) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/28/2009 | 8 | ORDER REASSIGNING CASE. Case reassigned to District Judge Ronald M. Whyte for all further proceedings and Magistrate Judge Howard R. Lloyd for all discovery matters. Signed by The Executive Committee on 07/28/09. (tsh, COURT STAFF) (Filed on 7/28/2009) (Additional attachment(s) added on 7/28/2009: # 1 Certificate of Service) (tsh, COURT STAFF). (Entered: 07/28/2009) |
| 07/29/2009 | 12 | SUMMONS Returned Executed Sony Computer Entertainment America Inc served on 7/29/2009, answer due 8/18/2009. (dhm, COURT STAFF) (Filed on 7/29/2009) (Entered: 08/25/2009) |
| 08/04/2009 | 9 | MOTION to Dismiss *and Notice of Motion* filed by Sony Computer Entertainment America Inc. Motion Hearing set for 9/18/2009 09:00 AM. (Mooney, Richard) (Filed on 8/4/2009) (Entered: 08/04/2009) |
| 08/11/2009 | 10 | Pain and Suffering Evidence by Erik Estavillo (dhm, COURT STAFF) (Filed on 8/11/2009) (Entered: 08/11/2009) |

| 08/13/2009 | 11 | Opposition to 9 MOTION to Dismiss filed byErik Estavillo. (dhm, COURT STAFF) (Filed on 8/13/2009) (Entered: 08/18/2009) |
|---|---|---|
| 09/04/2009 | 13 | Reply Memorandum in Support of 9 Motion to Dismiss filed by Sony Computer Entertainment America Inc. (Mooney, Richard) (Filed on 9/4/2009) Modified on 9/15/2009 counsel failed to link entry to document #9 (dhm, COURT STAFF). (Entered: 09/04/2009) |
| 09/08/2009 | 14 | REPLY in Support of Opposition to 9 MOTION to Dismiss filed by Erik Estavillo. (dhm, COURT STAFF) (Filed on 9/8/2009) (Entered: 09/11/2009) |
| 09/18/2009 | 17 | Minute Entry: Motion Hearing held on 9/18/2009 before Ronald M. Whyte (Date Filed: 9/18/2009) re 9 MOTION to Dismiss *and Notice of Motion* filed by Sony Computer Entertainment America Inc. (Court Reporter Lee-Anne Shortridge.) (jg, COURT STAFF) (Date Filed: 9/18/2009) (Entered: 09/29/2009) |
| 09/22/2009 | 15 | ORDER by Judge Whyte granting 9 Motion to Dismiss (rmwlc3, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/22/2009 | 16 | JUDGMENT. Signed by Judge Whyte on 9/22/09. (rmwlc3, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/22/2009 |  | (Court only) ***Civil Case Terminated. (jg, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/24/2009) |
| 10/13/2009 | 19 | MOTION for Leave to Appeal in forma pauperis filed by Erik Estavillo. (dhm, COURT STAFF) (Filed on 10/13/2009) (Entered: 10/16/2009) |
| 10/16/2009 | 18 | NOTICE OF APPEAL as to 16 Judgment, 15 Order Granting Motion to Dismiss, filed by Erik Estavillo. (no fee paid, IFP status) Appeal Record due by 11/16/2009. (dhm, COURT STAFF) (Filed on 10/16/2009) (Entered: 10/16/2009) |