```
 1                    UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                          SAN JOSE DIVISION
 4
 5
       ERIK ESTAVILLO,              )  C-09-03007 RMW
 6                                  )
                 PLAINTIFF,         )  SAN JOSE, CALIFORNIA
 7                                  )
              VS.                   )  SEPTEMBER 18, 2009
 8                                  )
       SONY COMPUTER                )  PAGES 1-10
 9     ENTERTAINMENT AMERICA,       )
                                    )
10               DEFENDANT.         )
                 _____
11
12                  TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE RONALD M. WHYTE
13                UNITED STATES DISTRICT JUDGE
14
15    A P P E A R A N C E S:
16    FOR THE PLAINTIFF:   ERIK ESTAVILLO
                           IN PROPRIA PERSONA
17                         3284 CORTESE CIRCLE
                           SAN JOSE, CALIFORNIA  95127
18
19
20    FOR THE DEFENDANT:   LINER, GRODE, STEIN, YANKELEVITZ,
                           SUNSHINE, REGENSTREIF & TAYLOR
21                         BY:  RICHARD MOONEY
                           199 FREMONT STREET, SUITE 2000
22                         SAN FRANCISCO, CALIFORNIA  94105
23
24    OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595
25

                                                              1
```

```
 1    SAN JOSE, CALIFORNIA              SEPTEMBER 18, 2009
 2                  P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE CLERK:  NEXT MATTER, C-09-03007,
 6    ERIK ESTAVILLO VERSUS SONY COMPUTER ENTERTAINMENT
 7    AMERICA, ON FOR DEFENDANT'S MOTION TO DISMISS.
 8              OKAY.  STATE YOUR APPEARANCE, PLEASE, AND
 9    COME UP TO THE PODIUM.
10              MR. ESTAVILLO:  OKAY.
11              THE CLERK:  THANK YOU.
12              MR. ESTAVILLO:  I'M ERIK ESTAVILLO.
13              THE COURT:  GOOD MORNING.
14              MR. ESTAVILLO:  HI, YOUR HONOR.
15              THE CLERK:  COUNSEL, STATE YOUR
16    APPEARANCE.
17              MR. MOONEY:  RICHARD MOONEY FOR THE
18    DEFENDANTS, YOUR HONOR.
19              MR. ESTAVILLO:  HI, YOUR HONOR.
20              I WAS WONDERING, ARE YOU FAMILIAR WITH
21    THE DOCUMENTS I FILED ABOUT THIS CASE?
22              THE COURT:  I --
23              MR. ESTAVILLO:  OR SHOULD I START FROM
24    THE BEGINNING?
25              THE COURT:  WELL, I THINK I UNDERSTAND
```

1    YOUR CASE.

2             MR. ESTAVILLO: OKAY.

3             THE COURT: THE PROBLEM THAT I HAVE WITH

4    IT IS THAT I DON'T THINK THERE'S A FIRST AMENDMENT

5    CLAIM, SO I THINK REALLY YOU HAVE STATE CLAIMS, AND

6    THEREFORE, THE CASE SHOULD BE IN STATE COURT.

7             MR. ESTAVILLO: I JUST FELT THAT FEDERAL

8    COURT WOULD DOMINATE OVER STATE COURT AND WOULD SET

9    THE PRECEDENT MORE THAN A STATE COURT COULD OVER

10   THE, OVER THE GAMING INDUSTRY.

11            IF WE GO THROUGH STATE COURT, IT COULD

12   STILL BE OVERCOME BY A FEDERAL PRECEDENT, SO THAT'S

13   WHY I WANT A FEDERAL PRECEDENT RATHER THAN A STATE

14   PRECEDENT.

15            THE COURT: BUT YOU'VE GOT TO HAVE A

16   FEDERAL CLAIM.

17            MR. ESTAVILLO: WELL, I FIGURED THAT

18   SINCE SONY CAN HAVE UP TO 200,000 PLAYERS PLAYING

19   ON THEIR SERVERS WHERE PEOPLE CONGREGATE, THAT HIGH

20   OF A NUMBER OF PEOPLE WOULD SERVE AS ALMOST LIKE A

21   PUBLIC SQUARE, LIKE THE PRUNEYARD DOCTRINE. DO YOU

22   REMEMBER THAT?

23            THE COURT: RIGHT.

24            MR. ESTAVILLO: IF IT'S THAT HIGH A

25   NUMBER, 200,000 PLAYERS, SHOULDN'T THEY HAVE ANY

1    RIGHTS ON FREEDOM OF SPEECH OR ANY OF THAT?
2              OR IS IT LIKE THAT PUBLIC PROPERTY IS
3    BECOMING MORE DIMINISHED OVER TIME THAT SOON IT'S
4    GOING TO BE ALL PRIVATELY OWNED AND NO ONE IS GOING
5    TO HAVE ANY SAY IF YOU THINK ABOUT IT?
6              THE COURT:  WELL, I UNDERSTAND YOUR
7    ARGUMENT AND I THINK IT'S A NOVEL -- I WON'T SAY
8    NOVEL -- IT'S AN INTERESTING ARGUMENT, BUT I JUST
9    DON'T THINK WE'RE TO THAT POINT WHERE --
10             MR. ESTAVILLO:  UM-HUM.
11             THE COURT:  -- THAT CAN BE CONSIDERED --
12   THAT SONY CAN BE CONSIDERED A GOVERNMENTAL OR
13   PUBLIC ENTITY.
14             MR. ESTAVILLO:  BUT, I MEAN, THE
15   PRUNEYARD -- THE SHOPPING CENTER WAS DEEMED PUBLIC
16   ONCE.
17             SO, I MEAN, PRIVATE PROPERTY CAN BE
18   DEEMED PUBLIC IF YOU SEE -- I MEAN, YOU HAVE THE
19   CHANCE TO SET A PRECEDENT HERE, YOUR HONOR.
20             THE COURT:  OKAY.
21             MR. ESTAVILLO:  AND IT WOULD BE A HUGE
22   PRECEDENT BECAUSE THIS CASE IS ACTUALLY A HIGH
23   PROFILE ONE, IT'S BEEN ON NBC AND SO FORTH.
24             AND I THINK THIS IS A GREAT CHANCE TO SET
25   A PRECEDENT IF YOU GO EITHER WAY, YOU KNOW, THAT

1     IT'S -- IF IT FALLS UNDER THE PRUNEYARD DOCTRINE,
2     MAYBE -- THAT IT'S PRIVATE PROPERTY, BUT IT COULD
3     SERVE AS A PUBLIC FUNCTION, WHICH IT DOES SINCE UP
4     TO 200,000 PLAYERS CAN PLAY AT A TIME AND THEY MEET
5     ON THEIR -- AND THEY BUY THE PRODUCT AND THEY BUY
6     THE CONSOLE SYSTEM AND THEY PURCHASE A LOT OF MONEY
7     HERE.
8              AND LIKE YOU SAID, THE PREPAID POINTS,
9     HOW DO WE GET THE MONEY BACK, THE PLAYERS, WHEN
10    THEY CANCEL OUR ACCOUNT?  THERE'S NO WAY TO GET THE
11    MONEY BACK.
12             SO IT'S, IN ESSENCE, STEALING MONEY FROM
13    THE PLAYER, LIKE I SAID, WHICH THERE'S MANY PLAYERS
14    WHAT HAVE BEEN BANNED WHICH THIS COULD TURN INTO A
15    CLASS ACTION EVENTUALLY.
16             THE COURT:  YOU COULD SUE IN STATE COURT.
17             MR. ESTAVILLO:  IT WOULD HAVE TO BE STATE
18    COURT?
19             THE COURT:  THAT'S MY REACTION, BUT LET
20    ME HEAR FROM THE DEFENDANT.
21             MR. ESTAVILLO:  SURE.
22             MR. MOONEY:  IN ALL CANDOR, YOUR HONOR, I
23    DON'T HAVE TOO MUCH TO ADD TO THE PAPERS.
24             I THINK THE IMPORTANT POINT HERE IS THAT,
25    YOU KNOW, IN THE ONE CASE WHERE THERE IS A FIRST

1   AMENDMENT CLAIM ON PRIVATE PROPERTY, IT WAS REALLY
2   A CASE OF AN ENTITY USURPING ALL OF THE TRADITIONAL
3   FUNCTIONS OF A GOVERNMENTAL ENTITY.
4            HERE OBVIOUSLY THIS IS NOT A QUESTION OF
5   TAKING AWAY ANY TRADITIONAL AREA FOR PEOPLE TO
6   EXPRESS THEIR VIEWS.
7            IT'S SOMETHING BRAND NEW.
8            AND IT'S, YOU KNOW, THE SAME WITH MYSPACE
9   AND FACEBOOK, AND, YOU KNOW, THERE ARE MULTIPLE
10  AVENUES FOR EXPRESSION OR CONGREGATION ON-LINE.
11           AND I THINK IF ONE WERE TO DECLARE THAT
12  SONY COMPUTER ENTERTAINMENT AMERICA IS, IN EFFECT,
13  A GOVERNMENTAL ENTITY, ONE WOULD HAVE TO DECLARE AN
14  ENORMOUS NUMBER OF OTHER COMPANIES TO, IN EFFECT,
15  BE GOVERNMENTS UNTO THEMSELVES AS WELL.
16           SO I'M INCLINED TO REST ON THE PAPERS,
17  YOUR HONOR.
18           THE COURT:  OKAY.  ANYTHING FURTHER?
19           MR. ESTAVILLO:  WE'RE NOT ASKING THAT
20  SONY, THE COMPANY, BE A PUBLIC ENTITY, BUT WHAT
21  THEY'RE ACTUALLY PROVIDING, WHICH IS A SERVICE,
22  SHOULD BE PUBLIC BECAUSE ANYONE COULD SIGN ON AFTER
23  THEY BUY THE PRODUCT, AND WHEN THEY SPEND MONEY AND
24  THEY -- I MEAN , THERE'S A FEW ACCOUNTS HERE WHERE
25  THEY CAN'T EVEN GET THEIR MONEY BACK.

1            AND I THINK, IF ANYTHING, THERE SHOULD BE
2   A RULING ON THE FACT THAT HOW DO PEOPLE WHO GET
3   BANNED GET THEIR MONEY BACK?  IS IT COMPLETELY
4   GONE?
5            OR SHOULD -- DO THEY HAVE A RIGHT TO GET
6   IT BACK?
7            I MEAN, IT WOULD BE LIKE IF I WENT TO
8   GAME STOP, BOUGHT A VIDEO GAME, AND TWO WEEKS LATER
9   THEY CAME AND TOOK IT AWAY.  THAT'S ILLEGAL, I
10  WOULD BELIEVE.
11           THE COURT:  THERE'S NOTHING THAT SAYS YOU
12  CAN'T SUE THEM IN STATE COURT FOR A REFUND TO GET
13  YOUR MONEY BACK.  YOU HAVE --
14           MR. ESTAVILLO:  THE TERMS OF SERVICE, YOU
15  MEAN?
16           THE COURT:  SURE.  YOU HAVE A CLAIM UNDER
17  WHATEVER CONTRACT YOU ENTERED INTO WITH SONY.
18           MR. ESTAVILLO:  RIGHT.  BUT EVEN
19  13-YEAR-OLDS ENTER, ENTER THOSE CONTRACTS, WHICH
20  ISN'T BINDING.
21           AND I HAVE PROOF OF TWO OF THEM, TWO
22  KIDS.
23           SO, I MEAN, IF TWO KIDS ARE -- IF KIDS
24  ARE ENTERING THESE CONTRACTS, CAN THEY BE BINDING?
25  SHOULDN'T THERE BE MORE OF A VERIFICATION SYSTEM?

1        THE COURT: UNDER STATE LAW, THERE ARE
2   REQUIREMENTS WITH RESPECT TO THE CAPACITY OF
3   CHILDREN TO ENTER INTO CONTRACTS, AND THE ANSWER IS
4   BASICALLY THEY DON'T HAVE THE POWER TO DO THAT.
5        SO I DO THINK --
6        MR. ESTAVILLO: BUT I HAVE --
7        THE COURT: I THINK THEY MAY WELL HAVE A
8   STATE REMEDY.
9        MR. ESTAVILLO: SO EVERYTHING IS STATE,
10  THEN, THAT I HAVE TO DO?
11       THE COURT: THAT'S MY VIEW.
12       MR. ESTAVILLO: OKAY. SO --
13       THE COURT: I'LL SEND YOU AN ORDER THAT
14  EXPLAINS MY THINKING.
15       MR. ESTAVILLO: OKAY. I HAD ONE LAST
16  QUESTION. IS IT POSSIBLE TO APPEAL TO THE NINTH
17  CIRCUIT?
18       THE COURT: THAT'S WHERE YOU APPEAL FROM
19  ME IF YOU DON'T LIKE MY RULING. YOU CAN APPEAL --
20       MR. ESTAVILLO: JUST THE INTERPRETATION
21  OF -- I KNOW I CAN'T CHANGE HOW YOU FIND THE FACTS,
22  BUT THE INTERPRETATION OF THE LAW I THINK YOU CAN
23  APPEAL.
24       THE COURT: THAT'S CORRECT.
25       MR. ESTAVILLO: BUT NOT THE FACTS?

1    THE COURT: THAT'S CORRECT.
2    MR. ESTAVILLO: SO I CAN DO THAT?
3    THE COURT: THAT'S CORRECT.
4    MR. ESTAVILLO: HOW WOULD I GO ABOUT
5  DOING THAT?
6    THE COURT: WELL, I'M NOT ALLOWED TO GIVE
7  YOU LEGAL ADVICE, BUT BASICALLY YOU FILE A NOTICE
8  OF APPEAL.
9    MR. ESTAVILLO: WITH THIS COURT,
10 DOWNSTAIRS IN THE CLERK'S OFFICE?
11   THE COURT: RIGHT.
12   MR. ESTAVILLO: REALLY? OKAY. THANK
13 YOU.
14   THE COURT: OKAY. THANKS.
15   MR. MOONEY: THANK YOU, YOUR HONOR.
16   (WHEREUPON, THE PROCEEDINGS IN THIS
17 MATTER WERE CONCLUDED.)

9

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595