# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 09-17296  U.S. District Court Case No. 09-03007-RMW

Short Case Title  Erik Estavillo vs. Sony Computer Entertainment America

Date Notice of Appeal Filed by Clerk of District Court  10/19/09

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 09/18/09 | Lee-Anne Shortridge | Motion for Summary Judgment |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[X] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Erik Estavillo

Date Transcript Ordered  Nov. 19, 2009

Signature Attorney/Pro Per Litigant

**SECTION C** - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed _____  Court Reporter's Signature _____

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

**RICHARD W. WIEKING**  JAN 13 2010  BY: _____
(U.S. District Court Clerk)  (Date)  Deputy Clerk

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE