UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br><br>　　　　Defendant - Appellee. | No. 09-17296<br><br>D.C. No. 5:09-cv-03007-RMW<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

　　　A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

　　　Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

　　　A copy of this order sent to the district court shall constitute the mandate of this court.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Kwok K. Wong
　　　　　　　　　　　　　　　　　　Deputy Clerk