**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 5, 2010

CASE NUMBER:  **CV 09-03007 RMW**
CASE TITLE:  **ERIK ESTAVILLO -v- SONY COMPUTER ENTERTAINMENT AMERICA**
DATE MANDATE FILED:  4/5/2010

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: /s/ Diane Miyashiro
    Case Systems Administrator

Distribution:   CIVIL        -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                                  U.S. Marshal (Copy of Mandate)
                                  U.S. Probation Office

NDC App-16