**E-FILED on**   8/16/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA,<br><br>    Defendant. | No. C-09-03007 RMW<br><br>ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS AS MOOT<br><br>**[Re Docket No. 19]** |

    Plaintiff's motion for leave to appeal in forma pauperis is denied as moot. The appeal was dismissed by the Ninth Circuit on April 5, 2010 for failure to file the opening brief pursuant to Ninth Circuit Rule 42-1.

DATED:   8/16/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge