UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/20/10*

ERIK ESTAVILLO,

        Plaintiff,

  v.

SONY COMPUTER ENTERTAINMENT
AMERICA et al,

        Defendant.
_____/

Case Number: CV09-03007 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2010, I SERVED a true and correct copy of Order Denying Motion for Leave to Appeal In Forma Pauperis As Moot, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

Dated: August 20, 2010

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk