Sept. 30, 2010

*Appeal Fee Dismissal or Partial Pay - Over 4 months*

FILED
2010 OCT -1 A 9:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

CASE NO. 5:09-cv-03007-RMW

FROM: WILLIAM ESTAVILLO SR. – VIETNAM VETERAN

BRIEF ON BEHALF OF DEFENDANT SON: ERIK ESTAVILLO



Dear Honorable Ronald M. Whyte

    I'm Erik Estavillo's father and his provider and guardian. Presently, my son Erik is on disability and is receiving Social Security via SSA and SSI for a total amount of $800 a month. He has faithfully paid both credit cards in question for 7 years without any type of default or penalty against him before; however he is no longer able to pay due to economic hardship and the many medical diseases he has: Crohn's Disease, Major Depression, Obsessive-Compulsive Disorder, Panic Disorder, and Agoraphobia which all can be verified. These diseases have left my son handicapped and as a result he is unable to pay the fee's that the plaintiff in this case is asking for. He has already filed bankruptcy with http://www.sagarialaw.com/ a number of months ago and is still paying the lawyer fees on a per month basis. If you wish to contact them, here is there information:

Sagaria Law
333 West San Carlos Street, Suite 1700
San Jose, California 95110