Toll Free: 800-941-6730
Phone: 408-279-2288
Fax: 408-279-2299

Dominique Sopko - Attorney

I blame myself as a father for his disabilities. Before he became ill, he was studying at UCLA with a major in Biochemistry and had a promising future. The reason I blame myself is because if I had not gone to Vietnam and patrolled through the area's that were sprayed with Agent Orange, I would not have contributed to the disabilities my son has as his four doctors can attest to. As a United States Marine I served my country well, but as a father to my son Erik, I'm still trying to do my best. After my divorce with his mother, the court gave me custody of my two sons Bill Jr. and Erik. My oldest son Bill is married with two little girls and is working for the county as a VTA driver. As for Erik who is being sued in this case, I pray to God everyday to help him get well for I know that all his conditions are incurable. I ask that you please dismiss the case, but if you don't, that you please consider waiting for his bankruptcy to become finalized. Thank you, your honor.

Respectfully-Submitted,

William Estavillo Sr.

*Erik Estavillo*          *Erik Estavillo*