```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611008415
Cashier ID: waltonb
Transaction Date: 11/01/2010
Payer Name: Erik Estavillo
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Erik Estavillo
 Case/Party: D-CAN-5-09-CV-003007-001
 Amount:         $455.00
------------------------------------
CASH
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00

Appeal Fee, Case assigned to RMW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```